FILED

JAN 26 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

STEVEN R. RODRIGUEZ # 0922515
999 W. MATHEWS RD.
FRENCH CAMP, CA 95231
IN PRO-PER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVEN REFUGIO RODRIGUEZ ) CIVIL NO. CVS 10-204 Kgm P
         PLAINTIFF )
 )
VS. ) 42 U.S.C. §1983
 )
CITY OF STOCKTON INDIVIDUALLY & )
IN ITS OFFICIAL CAPACITY )
SGT RICHARD RIDENOUR [S.P.D]¹ ) COMPLAINT
INDIVIDUALLY ' IN HIS OFFICIAL CAPACITY )
TIMOTH SWAILS [S.P.D] INDIVIDUALLY )
' IN HIS OFFICIAL CAPACITY )
KYLE PIERCE [S.P.D] INDIVIDUALLY & ) [JURY TRIAL DEMANDED]
IN HIS OFFICIAL CAPACITY )
JAMES PHILLIP NANCE [S.P.D] )
INDIVIDUALLY ' IN HIS OFFICIAL CAPACITY )
BLAIR VIRING [CHIEF OF POLICE] INDIVI- )
DUALLY ' IN HIS OFFICIAL CAPACITY. )
         DEFENDANTS )

I

JURISDICTION & VENUE

        1) THIS IS A CIVIL ACTION AUTHORIZED BY 42
U.S.C §1983 TO REDRESS DEPRIVATION UNDER COLOR OF
STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF
THE UNITED STATES. THE COURT HAS JURISDICTION UNDER
28 U.S.C §1331 ' 1343 (a)(c3). PLAINTIFF SEEKS DECLARAT-
ORY RELIEF PURSUANT TO 28 U.S.C §§ 2201 AND 2202.
PLAINTIFF CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHOR-

1) [SPD] INDICATES STOCKTON POLICE DEPARTMENT. HOWEVER
MR. RIDENOUR IN 2001 WAS A OFFICER WHO PLAINTIFF
ALLEGES FABRICATED POLICE REPORT AND COMMITTED PERJURI
SAID PERSON WAS APART OF 2 CRIMINAL CASES AGAINST PLAIN-
TIFF. THE FIRST REVERSED. SUPERIOR COURT # SF084916A

1 IZED BY 28 U.S.C. §§ 2283 & 2284 AND RULE 65 OF THE
2 FEDERAL RULES OF CIVIL PROCEDURE.

3       2). THE UNITED STATES DISTRICT COURT FOR
4 EASTERN DISTRICT OF CALIFORNIA IS AN APPROPRIATE
5 VENUE UNDER 28 U.S.C. § 1391 (b)(2) BECAUSE IT IS
6 WHERE THE EVENTS GIVEN RISE TO THESE CLAIMS ARISE

7
8 <center>II</center>
<center>PLAINTIFF</center>
9

10      3). STEVEN R. RODRIGUEZ IS AND WAS AT ALL TIMES
11 MENTIONED HERE IN A CITIZEN OF THE UNITED STATES.
12 AND PRESENTLY IN SAN JOAQUIN COUNTY JAIL FACING
13 CRIMINAL CHARGES IN THE SUPERIOR COURT OF CALIF,
14 COUNTY OF SAN JOAQUIN CASE NO. SF112865 A.²

15
16 <center>III</center>
17 <center>DEFENDANTS</center>

18      4). CITY OF STOCKTON IS THE EMPLOYER OF THE
19 STOCKTON POLICE DEPT. AND ITS OFFICERS, THE CITY
20 OF STOCKTON IS LEGALLY RESPONSIBLE FOR THE OVERALL
21 OPERATION OF THE POLICE DEPT AND RESPONSIBLE FOR
22 THE TRAINING & DISCIPLINE OF EACH OFFICER UNDER
23 ITS ---- JURISDICTION.

24      5) BLAIR ULRING CHIEF OF POLICE, HE IS LEGALLY
25 RESPONSIBLE FOR THE OVERALL OPERATION OF THE POLICE
26 DEPARTMENT FOR THE CITY OF STOCKTON. AND

27 2). PLEASE TAKE JUDICIAL NOTICE OF THIS LOWER COURT CASE
WHICH THESE CLAIMS ARISE. HOWEVER OFFICER RILENOUR
28 IS ALSO ALLEGED IN A 28 U.S.C. § 2254 ENTITLED
RODRIGUEZ V. A K.SCRIBNER NO. CIV.S. 04-0725 LKK DAD P
WHICH WAS ORDER FOR NEW TRIAL WITHIN 60 DAYS IT
NEVER HAPPENED.

<center>2</center>

Case 2:10-cv-00204-KJM -EFB Document 1 Filed 01/26/2010 Page 3 of 72

1  LEGALLY RESPONSIBLE FOR THE WELFARE OF THE CITIZENS

2  AND ALSO LEGALLY RESPONSIBLE FOR TRAINING, DISCIPL-

3  INE AND SUPERVISION OF ALL STOCKTON POLICE DEP.

4  ARTMENT PERSONNEL, UNDER HIS OFFICIAL

5  CAPACITY.

6    6). SGT. RICHARD RIDENOUR #1007 STOCKTON POLICE

7  OFFICER. WHO AT ALL TIMES WAS A STOCKTON POLICE OFC

8  AND POLICE SGT. WHO IS INVOLVED WITH THE SECOND

9  ILLEGAL ARREST AND IS SUPERVISOR OF A UNIT

10  ASSIGNED BY STOCKTON POLICE DEPT.

11    7). KYLE PIERCE #2052 IS A STOCKTON POLICE

12  OFFICER WHO AT ALL TIMES MENTIONED HERE IN WAS

13  ASSIGNED TO A POLICE UNIT UNDER SGT. RIDENOUR.

14    8). TIMOTHY SWAILS #1642 IS A STOCKTON POLICE

15  OFFICER WHO AT ALL TIMES MENTIONED IN THIS

16  COMPLAINT WAS ASSIGNED TO A POLICE UNIT UNDER

17  SGT. RIDENOUR.

18    9). JAMES PHILLIP NANCE #1441 IS A STOCKTON

19  POLICE OFFICER WHO AT ALL TIMES MENTIONED HERE-

20  IN WAS ASSIGNED TO A POLICE UNIT UNDER SGT.

21  RIDENOUR.

22    10). EACH DEFENDANT IS SUED INDIVIDUALLY

23  AND IN HIS OFFICIAL CAPACITY AT ALL TIMES

24  MENTIONED HERE IN THIS COMPLAINT EACH DEFEN-

25  DANT ACTED UNDER COLOR OF STATE LAW.

26

27

28

# STATEMENT OF FACTS

11) DEFENDANT RICHARD RIVENOUR IS PART OF A PREVIOUS *CASE* AGAINST PLAINTIFF [ROURIGUEZ] WHERE THE SUPERIOR COURT JUDGE "F. CLARK SUEYRES" UNDER CASE# SF084916A FOR THE COUNTY OF SAN JOAQUIN WHERE IT WAS HEARD & ACKNOWLEDGED DEFFNDANT RIDENOUR COMMITTED PERJURY, VIOLATED MIRANDA RIGHTS AND FABRICATED A POLICE REPORT

12] PLAINTIFF WAS SENTENCED TO 8YRS IN PRISON AND THIS COURT UNDER DOCKET# CIV S 04-0725 LKK·DAD P ORDERED A NEW TRIAL WITH-IN 60 DAYS.[3]

13) ON OR ABOUT 5/23/2002 PLAINTIFF FILED A CLAIMS FOR DAMAGES AGAINST DEFENDANT RIDENOUR. [SEE EXHIBIT A]

14] ON OR ABOUT 7/14/2002 PLAINTIFF FILED A CITIZENS COMPLAINT AGAINST DEFENDANT RIDENOUR AT THE STOCKTON POLICE DEPARTMENT. [SEE EXHIBIT B]

15) PLAINTIFF PREVIOUSLY FILED A 42 USC 31983 IN THIS HONORABLE ENTITLED ROURIGUEZ V. CITY OF STOCKTON et al [WITH DEF RIDENOUR] IN OR ABOUT THE MONTHS OF JULY - OCTOBER OF 2002. THIS COURT DISMISSED ACTION DUE TO PLAINTIFF BEING CONVICTED UNDER CASE# SF084916A AS MENTIONED ABOVE. PLAINTIFF HAS NO DOCUMENTS OF

3). THE CASE WAS ENTITLED ROURIGUEZ V A.K SCRIBNER- A 28 U.S.C 32544 ACTION. PLAINTIFF HAS NO COPIES OF THIS FEDERAL WRIT AND REQUEST THIS COURT TO TAKE JUDICIAL NOTICE. PLAINTIFF WAS SENTENCED ON 7.13.2002

4

1  COMPLAINT OR DOCKET NUMBER

2  16). ON OR ABOUT 6-7-02 AND 6-11-02 THE

3  HONORABLE F CLARK SUEYRES EXPRESSED TO RON INDRAN

4  ON THE RECORD PLAINTIFF WAS GONNA GET THE 3YR DEAL

5  OR A NEW TRIAL DUE TO POLICE MISCONDUCT. [4]

6  17). ON OR ABOUT 5/18/2008 PLAINTIFF WAS

7  PAROLED FROM STATE PRISON AFTER 6YRS. RELEASE

8  WAS FOR GOOD TIME PAROLE FOR 8YR.TERM. PRIOR
   TO PAROLE PLAINTIFF WAS ON MEDICATION AND DIAGNOSED WITH
9  DEPRESSION + HIGH ANXIETY. 18). ON 1/20/2009 AFTER NEVER GETTING NEW

10 TRIAL FOR CASE# SF084916A AND ON PAROLE SUPERVIS-

11 ION ILLEGALLY THE HON. F. CLARK SUEYRES VACATED

12 CHARGES ; DISMISSED CASE CONSISTENT WITH

13 FEDERAL COURT RULING [CASE# CIV.S-04-0725 LKK-DAD[5]

14 19). ON 6/25/09 PLAINTIFF FILED A NEW CLAIM

15 FOR DAMAGES AGAINST SGT RICH. RIDEN OUR [DEFENDANT]

16 THE CITY CLERKS OFFICE FILED IT ON JUNE 29-2009

17 [SEE EXHIBIT A]

18

19

20 [ RETALLIATORY BACKLASH ]

21

22 20). JUST A MERE 69 DAYS LATER ---- ON

23 9/5/2009 WHILE DRIVING WEST BOUND IN MY CAR

24 ON BIANCHI WITH 2 ADULTS : 5 CHILDREN A CALIF

25 HIGHWAY PATROL MAKES A U-TURN WITH COP LIGHTS

26 4). THESE TRANSCRIPTS WERE CONCEALED AND LEFT OUT
27 PLAINTIFFS STATE CRIMINAL APPEAL AFTER BE SENTENCED
   ILLEGALLY.
28 5) ALTHOUGH FEDERAL RULING WAS BASED ON "UNINTELLIGENT"
   WAIVER OF COUNSEL" PLAINTIFF HAS ALWAYS CLAIMED THESE
   ISSUES ——

5

Case 2:10-cv-00204-KJM -EFB Document 1 Filed 01/26/2010 Page 6 of 72

1  ON RIGHT IN FRONT OF ME [COMING FAST ? THEN GOES WEST

2  IN PURSUIT]. HOWEVER, THE LIGHTS WERE RED ?

3  All TRAFFIC LANES WERE OCCUPIED AT BIANCHI ?

4  WEST lANE IN STOCKTON CALifORNIA. I WAS FORCED

5  TO STOP. THE HiGHWAY PATROL CAR WITH OVERHEAD

6  LiGHTS STill FlASHiNG WENT TO THE OPPOSiTE

7  SiDE OF BiANCHi RD TO TURN SOUTH ON WEST

8  lANE. WHilE CAUTIONiNG TO TURN SOUTH THE iNTERS-

9  ECTION CAMERA FlASHES AS THE CHP LEAVES THE

10  RED LiGHT, TAKiNG A PiCTURE.

11          21). WHilE AT A FUll STOP I NOTiCED

12  A STOCKTON POlICE COP CAR [lATER Id'd AS DEFE-

13  NdANT NANCE ? PiERCE] WATCHiNG PlAiNTiff

14  WATCH DEFENdANTS----EXPECTiNG THEM TO FOllOW

15  PURSUiT.

16          22). I BEGiN TO MOVE ANd SiGNAl INTO

17  AllEYWAY TO HEAD INTO CHEVRON, AND STOCKTON

18  POlICE CAR PUllED DEFENdANT OVER IMMEDiATElY.

19  [SEE EXHIBIT "C" AUTHORED BY DEFENDANT NANCE].

20  WHilE PlAiNTiff WAS PUllED OVER A CHP CAR WiTH

21  LiGHTS ON WERE AT THE OTHER END OF AllEYWAY.

22  AS I STOPPED THE CHP PUllS UP NEXT TO PlAiNTiffS

23  VEHiClE, WHilE PlAiNTiff IS SEATED IN CAR.

24          23) DEFENdANT NANCE WAlKS UP TO DRiVER

25  SiDE OF VEHiClE WiTH CHP AT HiS SiDE AND

26  ASKS WHY PlAiNTiff WAS HE STOPPED. PlAiNTiff

27  EXPlAiNED ABOUT CHP THEN DEFENdANT NANCE

28  ASKS FOR LiCENSE AND VEHiClE PAPERS. BUT SETTlING

6

1  FOR ONLY LICENSE OF PLAINTIFF. DEFENDANT NANCE
2  ASKED PLAINTIFF TO STEP OUT OF CAR PLAINTIFF
3  SAID "NO" DEFENDANT NANCE LEFT AND CHP
4  PABST PULLS OPEN DRIVER SIDE DOOR AND
5  PULLS OUT PLAINTIFF. CHP PABST TELLS PLAINTIFF
6  TO DO BREATHALYZER WHICH IS 0.03%.

7  24). DEFENDANT NANCE SWITCH THESE FACTS
8  ABOVE & DEFENDANT PIERCE USED THIS AS HIS
9  ALLEGED MIRANDA STATEMENT.

10  25) DEFENDANT JAMES PHILLIP NANCE CRIME
11  REPORT CONSIST OF MULTIPLE ERRORS CONSISTENT
12  TO FABRICATION TOWARD CONVICTING PLAINTIFF
13  ILLEGALLY. FACTUAL ERRORS ARE AS FOLLOWS:

14  3). TIME REFLECTS STOP AT 2245 AND CRIME
15  REPORT IS LINKED TO DISPATCH CALL LOG# 092480877
16  b). PLAINTIFF TOLD DEFENDANT NANCE HE DID NOT
    HAVE REGISTRATION & INSURANCE.
17  C). CHP UNIT ARRIVED WHILE SPEAKING WITH
18  PLAINTIFF. DEFENDANT NANCE REPORTS HE CHECKED
    VEHICLE REGISTRATION.
19  D). THE VEHICLE DID NOT BELONG TO
20  RODRIGUEZ AND IT BORE A 2010 TAG
21  E). OFC. HESLIN & DEFENDANT SWAILS
22  SEARCH THE CAR PER TOW INVENTORY SEARCH
23  f). TO STOP IT FOR A VIOLATION OF 24003
    VC.

24  26). DEFENDANT KYLE PIERCE CRIME REPORT
25  0941712 WAS ALSO WRITTEN WITH MULTIPLE ERRORS
26  [SEE EXHIBIT D]

27  27). DEFENDANT PIERCE STATED AND REPORT-
28  ED WHILE HE WAS TALKING WITH ROSIE RANGEL WHO

7

Case 2:10-cv-00204-KJM -EFB Document 1 Filed 01/26/2010 Page 8 of 72

1  WAS STANDING OUTSIDE OF VEHICLE WHEN OFC.
2  HESLIN ADVISED HIM HE LOCATED SHOTGUN. THIS
3  CRIME REPORT IS ATTACHED TO DISPATCH CALL LOG #
4  0924 80877 AND TIME OF REPORT STATES 2245 [6]
5       28). AFTER CHP OFFICER PABST STATED OUT
6  LOUD ITS A CITABLE OFFENSE  A FAMILIAR VOICE
7  YELLS OUT "SEARCH CAR HE'S DIRTY. WHICH WAS SGT
8  RIDENOUR." ACCORDING TO DISCOVERY IN THE PENDING
9  CASE DEFENDANT DID NOT AUTHOR A CRIME REPORT
10 FOR THE ILLEGAL ARREST OF PLAINTIFF ON 9/5/2009
11 [PLAINTIFF YELLED BACK I GAVE NO CONSENT TO SEARCH
12 CAR.
13      28(a) PLAINTIFF TOLD CHP PABST THEY CANT
14 SEARCH MY CAR WITHOUT A WARRANT  OFC. PABST
15 THROUGH ME IN THE BACKSEAT OF HIS CAR.
16      28(b) PLAINTIFF TOLD PIERCE HE WANTED
17 TO SPEAK WITH THE WATCH COMMANDER DUE
18 TO SGT RIDENOUR ON SCENE" HE LAUGHED &
19 REPLIED THIS IS NOT LODI " AND TOLD OTHER
20 OFFICERS AND THEY ALL LAUGHED.
21      28(c) DEFENDANT RIDENOUR WAS
22 SPEAKING WITH ROSIE RANGEL OUTSIDE OF VEHICLE.
23      28(d) I BELIEVE UPON INFORMATION AND
24 BELIEF DARLENE OROZCO [PASSENGER] STATED TO
25 OFFICERS "MAN YOU GUYS ARE QUICK" THE DEFEN
26 DANT [ ? ] REPLIED WE HAVE A NO TOLERANCE

27 6). OFFICER ALLEGEDLY DID NOT WRITE REPORT. TO THE INCIDENT
TRAFFIC STOP ON 9/5/2009.
28 7). DURING SUPERIOR COURT TRIAL CASE NO. SF084916A PLAIN-
TIFF CROSS EXAMINED RIDENOUR UNDER T.R.O. PER
DEFENSE.

Case 2:10-cv-00204-KJM -EFB   Document 1   Filed 01/26/2010   Page 9 of 72

1 IN THIS CITY.

2   29). DEFENDANT PIERCES CRIME REPORT SIGN-
3 IFIES HE AND DEFENDANT NANCE CONDUCTED TRAFF-
4 IC STOP. DEFENDANT PIERCE UTILIZES PLAINTIFF'S
5 STATEMENT TO DEFENDANT NANCE AT INITIAL
6 ENCOUNTER---- BUT MIRANDIZED THIS. PLAINTIFF
7 NEVER SAID THAT STATEMENT AFTER MIRANDA
8 WARNING.

9   30.). DEFENDANT PIERCE ALSO REPORTED
10 PLAINTIFF TOLD HIM WHO GAVE---- CONSENT TO
11 SEARCH.

12   31) WHILE ILLEGALLY DETAINED IN BACK OF
13 CHP CAR AND DEFENDANTS RUMMAGING MY CAR ILLEGALLY
14 WITHOUT A WARRANT----- DEFENDANT RIDENOUR
15 THREATENS PLAINTIFF "I'M SENDING YOU BACK TO
16 PRISON- CAUSE I HATE YOU FOR MAKING ME LOOK BAD
17 IN A PRIOR TRIAL" UNQUOTE.

18   32). DEFENDANT SWAILS AUTHORED A CRIME
19 REPORT # 0941712  CALL LOG # 092480833  TIME OF STOP
20 REPORTS 2226 ON 9/5/2009.

21   33) DEFENDANT SWAILS CRIME REPORT WAS WRITT-
22 EN DELIBERATELY & INTENTIONALLY FABRICATED TO
23 BOLSTER HIS SUPERIOR RICH RIDENOUR S ILLEGAL CONDUCT
24 TOWARD PLAINTIFF.

25   34) DEFENDANT SWAILS FACTUAL ERRORS
26 IN PART ---- AS FOLLOWS;

27   a). WE ASSISTED OFC. NANCE & PIERCE
28 WITH A TRAFFIC STOP.

9

Case 2:10-cv-00204-RJM -Document 1 Filed 01/26/2010 Page 10 of 72

1    b) I WAS ADVISED WE HAD PERMISSION TO
2  SEARCH THE LISTED VEHICLE.

3        C). I FOUND A BLACK DUFFEL BAG UNDERNEA-
4  TH A PINK DIAPER BAG. THE DUFFEL BAG WAS ZIPPED
5  UP. I UNZIPPED IT, I LOCATED A SHOTGUN.

6        D). I TURNED IT OVER TO Ofc PIERCE

7        E). I DISPATCHED FET TO OUR LOCATION

8        F). FET ALSO TOOK PHOTOGRAPHS IN THE
9  PLACE WHERE THEY WERE FOUND.

10        G). I CONTACTED SUB OROZCO WHO WAS
11  STANDING OUTSIDE OF VEHICLE

12    35). DEFENDANTS PIERCE, NANCE, SWAILS CRIME
13  REPORTS WERE TURNED OVER TO PLAINTIFF ON 9/22/09
14  IN THE SUPERIOR COURT OF CALIF COUNTY OF SAN
15  JOAQUIN #SF112865A AND I AM INFORMED AND
16  BELIEVE POLICE DEPARTMENTS REQUIRE OFFICERS
17  TO WRITE ACCURATE REPORTS AND FOLLOW DEPARTMEN-
18  TAL PROTOCOL ASKING TO SEARCH? ASKING PEOPLE TO
19  STEP OUT of VEHICLES.

20        a). NOT ONE CRIME REPORTS STATES WHY
21  OR WHO TOLD PASSENGERS TO GET OUT of VEHICLE

22        b) NOT ONE REPORT ASSERTS WHO
23  CUFFED PLAINTIFF

24        c). NOT ONE defendant STATES HOW
25  2 WOMEN'S KIDS GOT HOME.

26        d). I AM INFORMED AND BELIEVE THE
27  DEFENDANTS FORCED All PASSENGERS TO WALK AT
28  NIGHT.

10

Case 2:10-cv-00204-KJM -DocumenT 1 Filed 01/26/2010 Page 11 of 72

36) ON 9/24/2009 A PRELIMINARY EXAMINATION WAS CONDUCTED IN SUPERIOR COURT OF CALIF COUNTY OF SAN JOAQUIN DEPT 35 SF112865A ENTITLED THE PEOPLE OF THE STATE OF CALIFORNIA V STEVEN R. RODRIGUEZ[8] AND THE PEOPLE DESIGNATED DEFENDANT KYLE PIERCE AS LEAD INVESTIGATING WITNESS. THE PEOPLE ALSO BROUGHT DEFENDANT SWAILS TO TESTIFY.

37) DEFENDANT SWAILS UNDER OATH STATED OFC. NANCE ASKED HIM TO SEARCH, BUT DIDN'T KNOW WHY. HE ONLY KNEW OPEN CONTAINERS WERE FOUND IN CAR.

38) DEFENDANT SWAILS TESTIFIED HE HEARD A UNIT GO ON A TRAFFIC STOP. SWAILS WAS PATROLLING THE AREA OF GREENSBORO AND BIANCHI --- AND GOT TO THE TRAFFIC STOP IN UNDER 30 SECONDS.[9]

39). DEFENDANT PIERCE TESTIFIED THAT RICH RIDENOUR CAME TO THE BACK OF CHP CAR AND SPOKE WITH PLAINTIFF. PIERCE ALSO ADMITTED UNDER OATH THAT WHEN HE WAS --- LEAVING HE NOTICED THE CAR COMPUTER DIDN'T HAVE HIM OUT ON THE STOP YET. SO PIERCE TEXTED DISPATCHED TO PLACE THEM ON THE CALL THEY WERE ON EARLIER.

40). DEFENDANT PIERCE ------ ADMITTED THAT AS THEY WERE LEAVING THE PLATES CAME BACK TO ANOTHER CAR. PIERCE ALSO STATED HE WAS WORKING IN CONJUNCTION WITH CHP.

8). PLAINTIFF WAS UNDULY ARRAIGNED AND CHARGED WITH A 3 STRIKES COMPLAINT FOR 5 FELONIES 4/ENHANCEMENTS.
9) THIS POSITION IS APPROXIMATELY 4 BLOCKS AWAY FROM PLAINTIFF ' DEFENDANTS PIERCE ' NANCES POSITION).

41) DEFENDANT PIERCE STATED HE MEASURED SHOTGUN.

42). ON OR ABOUT OCTOBER 23, 09, PLAINTIFF GAVE THE PROSECUTION A DECLARATION FROM PLAINTIFF'S WIFE. [SEE EXHIBIT F]

43) ON OR ABOUT OCTOBER 28th 2009 PLAINTIFF RECEIVED 17 PHOTOGRAPHS AND ONE DISPATCH CALL LOG# 092480833 [SEE EXHIBIT G]

44). ITS CLEARLY SHOWN VIA PHOTOGRAPHS INSURANCE: OR REGISTRATION IS MOVED AROUND FOR NO APPARENT REASON.

45). NO PHOTOGRAPH SUPPORTS DEFENDANT SWAILS REPORTS DUFFEL BAG WAS ZIPPED UP IN CAR OR ANY SHOTGUN IN CAR. IN FACT NO EVIDENCE IN CAR. PICTURES ALSO DISCLOSE VEHICLE GLOVE BOX WAS BROKEN, BUT NO DEFENDANT REPORTS THEY SEARCHED GLOVE BOX.

46) ALL DEFENDANTS ALLEGE EVIDENCE IN PHOTOGRAPH ON TOP OF VEHICLE TRUNK---- AND PHOTOGRAPHS ALSO SHOWS VEHICLE TRUNK WAS OPEN. NO DEFENDANT REPORTS THEY SEARCHED TRUNK.

47) THE PHOTOGRAPHS SHOW THE FRONT BENCH SEAT AND CAR WAS RUMMAGED THROUGH AND ITEMS SWITCHED AROUND TO FRAME PLAINTIFF.

48) THE DISPATCH CALL LOG [EXHIBIT G] CLEARLY IS CENTER OF ANY TRAFFIC STOP. THIS LOG SHOWS DEFENDANT SWAILS: OFC HESLIN MAKING CALL FOR INITIAL TRAFFIC STOP. AND BEHIND CHEVRON WITH

12

1  CHP AND NEED 715's Lic. PLATE OF CAR IS 4MOD480. All
2  DATA RECEIVED TO AND FROM TRAFFIC STOP CONTRADICTS
3  All POLICE CRIME REPORTS OF DEFENDANTS, PIERCE,
4  NANCE, AND SWAILS.

5      49) DISPATCH CALL LOG # 092480833 SHOWS SGT
6  RICHARD RIDENOUR BACK-ON SCENE WITHIN 5 SECONDS
7  OF TRAFFIC STOP CALL AT 2226. [EXHIBIT G]

8      50) SAME CALL LOG IDENTIFIES OFC HESLIN AS
9  A ASSIGNMENT OPERATOR AND ASSIGNED TO A CASE
10 12025 [SHOTGUN] HOWEVER, THROUGH DISCOVERY IN
11 CRIMINAL CASE # SF112865 A PENDING AGAINST PLAINTIFF
12 OFC. HESLIN DID NOT WRITE A REPORT.

13     51) DISPATCH CALL LOG DOES NOT DISPLAY DEFEN-
14 DANTS PIERCE AND NANCE CONDUCTING TRAFFIC STOP, NOR
15 LOGGING BACK IN AT 2245 AS DEFENDANT PIERCE
16 TESTIFIED IN THE CRIMINAL PRELIMINARY EXAMINATION.

17     52) THE DEFENDANTS GUIDED BY SGT RICHARD
18 RIDENOUR WORKING INCONJUNCTION WITH CHP FORCED
19 PLAINTIFF TO STOP AND APPEAL A TRAFFIC VIOLATION
20 OCCURED TO HARRASS, ILLEGAILY SEARCH AND SEIZE PROP-
21 ERTY, ILLEGAIH ARREST & PLANT EVIDENCE IN PLAINTIFFS
22 CAR. BECAUSE LEGAILY THE DEFENDANTS HAD NO WAY
23 SEARCH. [PLAN-MOTIVE AND INTENT]

24     53) PLAINTIFF WAS A VALID LICENSE DRIVER
25 OWNER OF VEHICLE AND HAD INSURANCE TO TOW
26 CAR HIMSELF.

27     54) NOT ONE DEFENDANT EVER ASKED TO SEARCH
28 THE VEHICLE OR CHALLENGE THE ILLEGAL PERMISSIVE

Case 2:10-cv-00204-KJM -Document 1 Filed 01/26/2010 Page 14 of 72

1  SEARCH.

2  55).NOT ONE PASSENGER ADMITTED OWNERSHIP
3  OF ALLEGED SHOTGUN AND DECLARED THE SHOTGUN
4  WAS IN THE CAR.

5  56). DEFENDANT NANCE REPORTED THE VEH-
6  ICLE DIDNT BELONG TO RODRIGUEZ --- HOWEVER, THE
7  PLAINTIFF WAS THE ONLY ONE ARRESTED.

8  58) IN OR ABOUT PLAINTIFF SENT A LETTER
9  TO CITY CLERKS OFFICE REQUESTING DATA REGARD-
10  IN A PRIOR CLAIMS FOR DAMAGES AGAINST RICHARD
11  RIDENOUR. IN A LETTER RETURNED FROM STEVEN
12  J HUNT DATED 11/2/2009 PLAINTIFF WAS GIVEN
13  A CLAIM # 09-078-2400. [SEE EXHIBIT H].

14  59) ON 11-4-2009 PLAINTIFF FILED A NEW
15  CLAIM FOR DAMAGES AGAINST DEFENDANTS, PIERCE
16  NANCE, SWAILS AND SGT. RIDENOUR. [SEE EXHIBIT I

17  60) IN OR ABOUT OCTOBER OF 2009 PLAINT-
18  MAILED A LETTER TO INTERNAL AFFAIRS WITH
19  CITIZENS COMPLAINTS AGAINST DEFENDANTS
20  PIERCE, NANCE, SWAILS AND SGT RIDENOUR

21  61). A LETTER DATED 11/10/2009 WAS RETURN-
22  ED TO PLAINTIFF FROM STOCKTON POLICE DEPARTMENT
23  CAPTAIN TROY BROWDRICK, WITH A FORMAL CITIZENS
24  COMPLAINT FORM. ON OR ABOUT 11/14/2009 PLAINTIFF
25  MAILED CITIZENS COMPLAINT TO LT. JOE ROCHA
26  AT THE STOCKTON POLICE DEPARTMENT. [SEE
27  EXHIBIT J]

28  62). IN OR ABOUT THE SUMMER OF 2002

14

1  THE STOCKTON RECORD NEWSPAPER PUBLISHED A ARTICLE
2  REGARDING STOCKTON POLICE AND PAROLE AGENTS.[10]
3  SEE EXHIBIT K

4                        IV
5         EXHAUSTION OF LEGAL REMEDIES

6         63). PLAINTIFF HAS TAKEN ALL THE NECESSARY
7  PROCEDURES TO PUT THE CITY OF STOCKTON AND
8  THE CHIEF OF POLICE ON FORMAL NOTICES CONCERN-
9  THE ACTIONS OF THEIR IMMEDIATE EMPLOYEES
10        64). PLAINTIFF ASSERTS THERE IS NO
11 PROPER EXHAUSTION REGARDING THE FILING OF
12 42 U.S.C. § 1983 FOR THESE ALLEGATIONS. HOWEVER
13 PLAINTIFF HAS ATTEMPTED TO RESOLVE THE MATTER
14 BEFORE THIS JUDICIAL RECOURSE. [TO NO AVAIL]

15
16                        V
17        LEGAL CLAIMS

18        PLAINTIFF REALLEGE AND INCORPORATE BY
19 REFERENCE PARAGRAPHS 1—64 INCLUSIVE
20        65) DEFENDANTS PIERCE, NANCE, SWAILS AND
21 SGT RICHARD RIDENOUR FABRICATED FALSE CRIME
22 REPORTS WITH INTENT TO FALSELY CONVICT PLAINTIFF
23 FOR A LIFE PRISON SENTENCE. HENCE RETALLIATORY
24 BACKLASH. DEFENDANTS SWAILS AND PIERCE DELIB-
25 ERATELY COMMITTED PERJURY IN COURT TO BOLSTER
26 THEIR ILLEGAL ACTIONS UNDER THE PRETEXTUAL
27 TRAFFIC STOP ON 9/5/2009. ALL DEFENDANTS

28 10) PLAINTIFF UTILIZED THIS SAME COPY IN HIS 28 U.S.C § 2254
AND ALLEGED STKN POLICE OFFICER RICHARD RIDENOUR WAS
ASSIGNED TO THIS GROUP WHICH WAS THE F.B.I VIOLENT
CRIMES TASK FORCE. [SEE 28 U.S.C § 2254 # CIV-S 04-0725
LKK-DAD-P]

15

Case 2:10-cv-00204-KJM - Document 1 Filed 01/26/2010 Page 16 of 72

1. — — — — ACTED IN CONCERT AND CONSPIRED TO
2. PLANT EVIDENCE, ILLEGALLY ARREST, ILLEGALLY
3. CHARGE AND CONVICT, AND ILLEGALLY SEARCH & SEIZE
4. PROPERTY WITHOUT A WARRANT TO JUSTIFY & CONCEAL
5. THEIR OFFICIAL & INDIVIDUAL MISCONDUCT WHILE ON
6. ACTIVE DUTY FOR THE STOCKTON POLICE DEPART-
7. MENT. WHICH VIOLATED PLAINTIFF STEVEN REFUGIO
8. RODRIGUEZ RIGHTS AND CONSTITUTED, TO BE FREE FROM
9. LIFE AND LIBERTY WITHOUT DUE PROCESS OF LAW; A
10. DUE PROCESS VIOLATION, VIOLATIVE OF THE 5th AND 14th
11. AMENDMENTS TO THE U.S. CONSTITUTION. RIGHTS TO
12. BE FREE FROM ILLEGAL SEARCH & SEIZURE, A DUE PRO-
13. CESS VIOLATION OF THE 4th AMENDMENT TO THE US
14. CONSTITUTION. PERJURY & FABRICATING DOCUMENTS
15. AND EVIDENCE, A DUE PROCESS VIOLATION OF THE 5th
16. 6th AND 14th AMENDMENTS TO THE U.S. CONSTITUT-
17. ION. RECKLESSNESS, GROSS DISREGARD & DELIBERATE
18. INDIFFENCE. TO ILLEGAL CONVICT & FALSE IMPRISO-
19. ON; A DUE PROCESS VIOLATION VIOLATIVE OF THE
20. 5th, 6th 8th & 14th AMENDMENTS TO THE U.S. CONST
21. ITUTION. CRUEL & UNUSUAL PUNISHMENT, A DUE PROCESS
22. VIOLATION OF THE 8th AND 14th AMENDMENT TO THE
23. U.S. CONSTITUTION.
24.       PLAINTIFF REALLEGE AND INCORPORATE BY
25. REFERENCE PARAGRAPHS 1-65 INCLUSIVE.
26.       66). DEFENDANTS CITY OF STOCKTON AND
27. BLAIR ULRING'S INACTIONS TO PROPERLY-TRAIN, SUPERVISE
28. AND DISCIPLINE ITS EMPLOYEES IS DELIBERATE IND-

[] PLAINTIFF WAS ON MEDICATION DUE TO HIGH ANXIETY AND
DEPRESSION FOR ILLEGAL CONVICTION. [MENTAL ANGUISH]

Case 2:10-cv-00204-KJM - Document 1 Filed 01/26/2010 Page 17 of 72

1  iffence to the safety and welfare of the commun-
2  ity in the city of Stockton. These defendants
3  are responsible for reviewing the conduct of its
4  employees and take proper recourses to ensure
5  all the officers refrain from illegalities that
6  displays acts of unbecoming an officer. Subjects
7  Plaintiff to irreparable harm violated Plaintiff
8  Steven Refugio Rodriguez Rights and constituted
9  False Imprisonment a due process violation of
10 5th and 14th Amendments to the U.S. constitution
11 cruel and unusual punishment, a due process violat-
12 ion of the 8th & 14th Amendments to the U.S.
13 constitution. Denial of equal Protection clause
14 a due process violation of the 14th Amendment
15 to the U.S. constitution. Rights to be free from
16 Life, Liberty, & Property without due process of law
17 a due process violation of the 5th and 14th Amend-
18 ments to the U.S. constitution.
19
20                          VI
21                  Prayer For Relief
22          Wherefore Plaintiff Respectfully prays that
23 this court enter judgment granting Plaintiff
24          67) A declaration of the acts and omissions
25 described here in violated Plaintiffs Rights under
26 the constitution and laws of the United States.
27          68). A Preliminary and Injunction ordering
28 the Stockton Police officers to stop harrassing,

17

1  FABRICATING EVIDENCE X CONCEALING EVIDENCE, AND
2  COMMITTING PERJURY UNDER OATH IN A COURT OF
3  LAW UNDER SUPERIOR COURT OF CALIF COUNTY OF SAN
4  JOAQUIN # SF112865 A ENTITLED "PEOPLE OF THE STATE
5  OF CA. V. STEVEN REFUGIO RODRIGUEZ."

6    69). COMPENSATORY DAMAGES IN THE AMOUNT
7  100,000 AGAINST EACH DEFENDANT JOINTLY AND
8  SEVERALLY

9    70). PUNITIVE DAMAGES IN THE AMOUNT OF
10  1.5 MILLION AGAINST DEFENDANT RIDENOUR AND THE
11  CITY OF STOCKTON. PUNITIVE DAMAGES IN THE AMOUNT OF
12  200,000 AGAINST DEFENDANTS PIERCE, NANCE, SWAILS
13  AND VIRING.

14    71) A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY
15    72). PLAINTIFFS COSTS IN THIS SUIT
16    73). ANY ADDITIONAL RELIEF THIS COURT DEEMS
17  JUST PROPER AND EQUITTABLE.
18    DATED 1/7/2010

19      RESPECTFULLY SUBMITTED
20      /S/
21      STEVEN REFUGIO RODRIGUEZ
22

23     VERIFICATION
24    I HAVE READ THE FOREGOING COMPLAINT
25  AND HEREBY VERIFY THAT THE MATTERS ALLEGED THERE
26  IN ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS
27  ALLEGED ON INFORMATION AND BELIEF, AND, AS TO
28  THESE, I BELIEVE THEM TO BE TRUE. I CERTIFY

1 UNDER PENALTY OF PERJURY THAT THE FOREGOING

2 IS TRUE AND CORRECT.

3           EXECUTED AT FRENCH CAMP, CALIFORNIA.

4 ON JANUARY 20TH 2010

5

6        /S/

7           STEVEN REFUGIO RODRIGUEZ
           IN PROPIA PERSONA
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

EXHIBIT A

Case 2:10-cv-02414-GEB-EFB Document 1 Filed 09/09/10 Page 21 of 72
Case 2:10-cv-02414-GEB-EFB Document 1 Filed 09/09/10 Page 21 of 72

# CLAIM FOR DAMAGES
## CITY OF STOCKTON

RECEIVE
JUN 29 2009
CITY CLERK

**Note:** Claims for bodily injury or death, damage to personal property, or damage to growing crops may be filed on City of Stockton form F1366 not later than six months after the occurrence out of which the claims arose. All other claims must be filed on this form not later than one year after the occurrence out of which the claims arose. (Refer to California Government Code sections 910.4 and 911.2)

**DIRECTION:** The original claim must be filed with the City of Stockton City Clerk's Office, 425 North El Dorado Street, Stockton, California 95202. Retain the yellow copy for your records.

NAME OF CLAIMANT: Mr. ☐ Ms. ☑ RODRIGUEZ STEVEN REfugio Date of Birth 2/26/1969
(Last) (First) (Middle)

HOME ADDRESS/PHONE: 556 E CHURCHill ST _____ 209-9229975
(Number/Street) (City/State/Zip Code) (Phone Number)

BUSINESS ADDRESS/ PHONE: _____ _____ _____
(Number/Street) (City/State/Zip Code) (Phone Number)

**DIRECTION:** Indicate to which address you wish notice sent ☑ HOME ☐ BUSINESS

WHEN DID INJURY OR DAMAGE OCCUR? 12/12/01 /REVERSED (1-20-09) 11:55 A.M./P.M.
(Month/Day/Year) (Day of Week) (Time of Day)

WHERE DID INJURY OR DAMAGE OCCUR? INN CAl MOTEl 3473 W. HAMMER ln.
(Street address, intersecting streets, or other location)

HOW DID INJURY OR DAMAGE OCCUR?
(Describe accident or occurrence in complete detail) I WAS ARRESTED BY VIolENT FBI TASK FORCE. S.P.D OFFiceR RichRiDENOUR #1007 FAlSiFiED HiS RePoR & liED IN JURY TRIAl. COURT CASE# SF084916A

NAME OF CITY EMPLOYEE(S) INVOLVED? Rich RiDENOUR STEN Police dePT #1007

WHAT ACTION OR INACTION OF CITY EMPLOYEE(S) CAUSED YOUR INJURY OR DAMAGES? Illegal REPORT WRiTiNG / PERJURY

WHAT INJURIES OR DAMAGES DID YOU SUFFER? MENTAl ANGUISH & 8YRS OF PRisoN SENTENCE (7 YRS 6MTHS)

TOTAL AMOUNT CLAIMED: ☐ Unlimited case—over $25,000.00 ☑ Limited case—$25,000.00 or less

If under $10,000.00, please specify amount $_____

**DIRECTION:** Sign and date this Claim For Damages below. If the signer is not the claimant, indicate the relationship of the signer to the claimant.

FiRST COMPlAiNT (5-23-02)

_____ 06/25/09 _____
(Signature) (Month/Day/Year) (Social Security Number—optional)

_____
(Relationship of signer, if not claimant)

**DIRECTION:** You may attach and include with this completed form any bills for medical treatment and expenses, and any estimates or bills for personal property damage. Questions may be referred to (209) 937-8333.

NOTE: <u>PRESENTATION OF A FALSE CLAIM IS A FELONY.</u> (Refer to California Penal Code section 72) F1366—4/03

Case 2:10-cv-00204-KJM   Document 1   Filed 01/26/2010   Page 22 of 72

**EXHIBIT B**

P.C. 832.5

I WAS ARRESTED BY TASK FORCE

ON 12.12.01 OFFICER RICH RIDENOUR #1007 OF THE STOCKTON POLICE DEPARTMENT, ASSIGNED TO THE F.B.I. VIOLENT CRIMES TASK FORCE. ON 0.23.02 I FILED A COMPLAINT WITH THE CITY CLERK'S OFFICE REGARDING THE SAME ISSUE.

FINALLY, GOT THE CORRECT PLACE TO FILE A COMPLAINT.

SAID OFFICER LIED IN THE COURT OF LAW REGARDING HIS POLICE REPORT WHICH RESULTED IN A CLEAR FACE VALUE, OFFICER RIDENOUR FALSIFIED HIS REPORT, VIOLATED MIRANDA RIGHTS AND WAS MOTIVATED WITH EVIL INTENT TO SEND MR. RODRIGUEZ BACK TO PRISON FOR A LENGTY SENTENCE. REPORT NO. 01.65442 IS THE ONLY REASON I WAS FOUND GUILTY IN THE COURT OF LAW. I NEVER MADE ALL THOSE STATEMENT'S TO OFFICER RIDENOUR CONCERNING THIS ALLEDGED STOLEN VEHICLE WHICH STRONGLY ADMINISTER'S POLICE ENTRAPMENT. I WAS ALLEDGEDLY WANTED FOR A D.V. CASE D.R# 01.641 WHERE A GUN SHOT WAS ALLEDGEDLY SHOT. NO SORT OF QUESTIONING UNDER ANY MIRANDA TOWARD THAT CASE. I WAS NEVER MIRANDIZED BY SAID OFFICER (POINT BLANK) NOR MADE THESE STATEMENTS UNDER MIRANDA WARNINGS.

FIANCEE CAME FORTH FOR THIS COMPLAINT BUT AT CITY CLERKS OFFICE DONT KNOW THE TIME LIMITATIONS.

RESPECTFULLY SUBMITTED

Steven R. Rodriguez, JR

STEVEN R. RODRIGUEZ, JR

P.O. BOX 600 / L.1. 135

TRACY, CA. 95378-0600

C.C. FILE

Case 2:10-cv-00204-KJM - Document 1   Filed 01/26/2010   Page 24 of 72

**EXHIBIT C**

SF1128165A

# Incident Report

# STOCKTON POLICE DEPARTMENT

**09-41712**

Supplement No
ORIG



22 E MARKET ST.

STOCKTON, CA 95202

(209) 937-8495

Reported Date
09/05/2009

Nature of Call
273

Officer
PIERCE, KYLE

*Discovery*

9/22 8:30
#35.

## Administrative Information

| Agency STOCKTON POLICE DEPARTMENT | DR 09-41712 | Supplement No ORIG | Reported Date 09/05/2009 | Reported Time 23:18 | CAD Call No 092480877 |
|---|---|---|---|---|---|
| Status ARREST | Nature of Call CHILD ABUSE | Location E BIANCHI RD/WEST LN | | | City STOCKTON |
| Rep Dist 0365 | District VA | Sector VS | From Date 09/05/2009 | From Time 22:45 | To Date 09/05/2009 | To Time 22:45 |

| Officer 2052/PIERCE, KYLE | | |
|---|---|---|
| Assignment Field Service Civic Center 4th Watch Ph 2 | 2nd Officer NANCE, JAMES PHILIP | |
| Assignment FIELD SERVICE PARK FOURTH WATCH PHASE 2 | Entered by 2052 | |
| Assignment Field Service Civic Center 4th Watch Ph 2 | RMS Transfer Successful | Approving Officer 6267 |
| Approval Date 09/08/2009 | Approval Time 06:44:23 | |

| Route - CASA Yes | Route - DA Ready Yes | Route - Gang Violence Unit Yes | Route - Traffic Yes | Route - Other Yes |
|---|---|---|---|---|
| Attach - Other Yes | | | | |

| # Offenses | Offense | Description | Complaint Type |
|---|---|---|---|
| 1 | PC12020(A) | POSSESS/MANF/SELL DA | |
| 2 | PC12025 | CARRY CONCEALED WEAP | |
| 3 | PC12031(A)(1) | CARRY LOADED F/ARM I | |
| 4 | PC12316(B)(1) | PROHIBITS PERS OWN A | |
| 5 | HS11377(A) | POSSESS CONTROLLED S | |
| 6 | HS11370.1(A) | POSS CONTRLD SUB WHI | |
| 7 | HS11364 | POSS CONTROLLED SUB | |
| 8 | VC4463(A)(1) | FORGE/ALTER VEH REG | |
| 9 | VC23222(A) | POSS OPEN CONT WHILE | |
| 10 | PC12091 | POS. FIREARM W/ALTER | |
| 11 | PC273A(B) | WILLFUL CRUELTY TO C | |
| 12 | VC22400 A | VEHICLE VIOLATION | |
| 13 | PC12021(A)(1) | FELON POSSESS FIREAR | |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| ARR | 1 | I | RODRIGUEZ, STEVEN REFUGIO 09 22515 | 266153 | H | M | 02/26/1969 |
| SUB | 1 | I | RANGEL, ROSIE | 656559 | H | F | 10/19/1977 |

## Vehicle Summary

| Invl | Type | License No | State | Lic Year | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|---|---|
| IMP | A | 1DXY241 | CA | 2006 | 1982 | CHEV | MOC | 2D | WHI |

## Summary Narrative

| Report Officer 2052/PIERCE, KYLE | Printed At 09/08/2009 10:42 | Page 1 of 5 |
|---|---|---|

# Incident Report

## STOCKTON POLICE DEPARTMENT

**09-41712**

Supplement No
**ORIG**

## Summary Narrative

**OTHER ROUTING:**

GUNS, Detective Friedman

(ARR)Steven Rodriguez stopped his vehicle in the number 2 lane of eastbound Bianchi Road for no apparent reason. Rodriguez impeded the flow of traffic for the vehicles behind him. Rodriguez had two open containers of King Cobra beer in the vehicle. Rodriguez had a loaded sawed-off shotgun under the driver's seat. Rodriguez was also in possesion of .25 grams of crystal methamphetamine and a glass pipe to smoke the methamphetamine.

Several children were in the vehicle that Rodriguez was driving.

Rodriguez is a convicted felon several times.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    4463(a)(1) VC is not listed in the arrest tab, it needs to be charged

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Report Officer | Printed At | |
|---|---|---|
| 2052/PIERCE,KYLE | 09/08/2009 10:42 | Page 2 of 5 |

## Incident Report

**09-41712**

Supplement No
ORIG

# STOCKTON POLICE DEPARTMENT

## ARRESTED 1: RODRIGUEZ, STEVEN REFUGIO

| Involvement | Invl No | Type | | Name | | | | MNI | Race |
|---|---|---|---|---|---|---|---|---|---|
| ARRESTED | 1 | Individual | | RODRIGUEZ, STEVEN REFUGIO | | | | 266153 | HISPANIC |

| Sex | DOB | | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | |
|---|---|---|---|---|---|---|---|---|---|
| MALE | 02/26/1969 | | 40 | No | 5'10" | 170# | BROWN | BROWN | |

| Type | Address | | | | City | | State | |
|---|---|---|---|---|---|---|---|---|
| HOME | 2662 PLAYA DEL SOL AV | | | | STOCKTON | | CALIFORNIA | |

| Type | | | ID No | | OLS | | |
|---|---|---|---|---|---|---|---|
| OPERATOR LICENSE OR ID NUMBER | | | A1471077 | | CALIFORNIA | | |

| Type | | ID No | |
|---|---|---|---|
| SOCIAL SECURITY NUMBER | | 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 | |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Book Date | Book Time | Status | Dispo |
|---|---|---|---|---|---|---|---|
| ARREST | Arrested | 09/05/2009 | 23:18:00 | 09/05/2009 | 23:18:00 | BOOK | FELONY |

| Arrest Location | | | City | Rep Dist | Citation No |
|---|---|---|---|---|---|
| E BIANCHI RD/WEST LN | | | STOCKTON | 0365 | A126443 |

| Fingerprint Taken? | Mug? | Place of Birth | City of Birth | Sector | |
|---|---|---|---|---|---|
| Yes | Yes | CALIFORNIA | FRENCH CAMP | VS | |

| Charge | Level | Charge Literal |
|---|---|---|
| HS11370 1(A) | F | POSS CONT SUB W/ARME |
| PC12021 (A)(1) | F | FELON/ADDICT/ETC POS |
| PC12091 | F | POS. FIREARM W/ALTER |
| PC12025 (A)(1) FEL | F | CONCEALED WEAPON IN |
| HS11377 (A) | F | POSSESS CONTROLLED S |
| PC12316 (B)(1) FEL | F | PROHIBITED PERSON OW |
| PC12020 (A) | F | POSS/MFG/SELL DANGER |
| PC12031 (A)(1) FEL | F | CARRY LOADED FIREARM |
| HS11364 | M | POSS CONTROLLED SUB |
| PC273 A(B) | M | WILLFUL CRUELTY TO C |
| VC22400 A | I | VEHICLE VIOLATION |
| VC23222 (A) | I | POSS OPEN CONTAINER |

## SUBJECT INVOLVED 1: RANGEL, ROSIE

| Involvement | | Invl No | Type | Name | | | | MNI |
|---|---|---|---|---|---|---|---|---|
| SUBJECT INVOLVED | | 1 | Individual | RANGEL, ROSIE | | | | 656559 |

| Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | |
|---|---|---|---|---|---|---|---|---|---|
| HISPANIC | FEMALE | 10/19/1977 | 31 | No | 5'00" | 150# | BLACK | BROWN | |

| Type | Address | | | City | | State | |
|---|---|---|---|---|---|---|---|
| HOME | 1315 CARLTON AV | | | STOCKTON | | CALIFORNIA | |

| Type | | ID No | |
|---|---|---|---|
| SOCIAL SECURITY NUMBER | | 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 | |

| Phone Type | | Phone No | |
|---|---|---|---|
| OTHER (RELATIVE, FRIEND, NEIGHBOR, ETC.) | | (209) 939-1915 | |

## Vehicle: 1DXY241

| Involvement | Type | License No | State | Lic Year | Lic Type | Year | Make | Model |
|---|---|---|---|---|---|---|---|---|
| IMPOUNDED | AUTO | 1DXY241 | CALIFORNIA | 2006 | PASSENGER CAR | 1982 | CHEVORLET | MOC |

| Style | Color | Value | VIN | | Storage | |
|---|---|---|---|---|---|---|
| 2 DR SEDAN | WHITE | $200 | 1G1AZ37H0CR134149 | | None | |

| Dispo | Dispo Date | |
|---|---|---|
| VEHICLE TOWED | 09/05/2009 | |

| Tow By | | Auth By | Tow From | |
|---|---|---|---|---|
| MID VALLEY TOW | | PIERCE, KYLE | E BIANCHI RD/WEST LN | |

| Tow To | |
|---|---|
| 1011 E LINDSAY ST | |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| DRV | ARR | 1 | RODRIGUEZ, STEVEN REFUGIO | H | M | 02/26/1969 |

| Report Officer | Printed At | |
|---|---|---|
| 2052/PIERCE, KYLE | 09/08/2009 10:42 | Page 3 of 5 |

# Incident Report
## STOCKTON POLICE DEPARTMENT

Supplement No
0003

**09-41712**



22 E MARKET ST.

STOCKTON, CA 95202

(209) 937-8495

Reported Date
**09/06/2009**

Nature of Call
**273**

Officer
**NANCE, JAMES PHILIP**

## Administrative Information

| Agency | DR | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| STOCKTON POLICE DEPARTMENT | 09-41712 | 0003 | 09/06/2009 | 01:10 | 092480877 |

| Status | Nature of Call | Location |
|---|---|---|
| REPORT TO FOLLOW | CHILD ABUSE | E BIANCHI RD/WEST LN |

| City | Rep Dist | District | Sector | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|---|
| STOCKTON | 0365 | VA | VS | 09/05/2009 | 22:45 | 09/05/2009 | 22:45 |

| Officer |
|---|
| 1441/NANCE, JAMES PHILIP |

| Assignment | 2nd Officer |
|---|---|
| FIELD SERVICE PARK FOURTH WATCH PHASE 2 | NANCE, JAMES PHILIP |

| Assignment | Entered by |
|---|---|
| FIELD SERVICE PARK FOURTH WATCH PHASE 2 | 1441 |

| Assignment | RMS Transfer | Approving Officer |
|---|---|---|
| FIELD SERVICE PARK FOURTH WATCH PHASE 2 | Successful | 6267 |

| Approval Date | Approval Time |
|---|---|
| 09/08/2009 | 06:48:37 |

| Route - DA Ready |
|---|
| Yes |

## Modus Operandi

| Premise Type | Crime Code(s) |
|---|---|
| STREET/HIGHWAY/ALLEY | WEAP |

## Narrative

**NOTIFICATION:**
On Saturday, 09/05/2009 at about 2245 hrs, Officer Pierce and I (CPO22 J NANCE) were working in the area of Clowes St / Bianchi Rd.

**INVESTIGATION:**
While stopped at the stop sign for southbound Clowes St, where it intersects Bianchi Rd, I saw a white vehicle stop in the #2 lane of eastbound Bianchi Rd, just west of Clowes St. Behind the white vehicle was a silver full size two-door vehicle, followed by a fully marked Stockton Police car. I didn't see any apparent reason for the white vehicle to slow or stop. After a few seconds, the white vehicle began to move forward again and then turned right (south) into the driveway behind Chevron (corner of Bianchi Rd / West Ln).

I drove south across Bianchi Rd, pulling directly behind the white vehicle, to stop it for a violation of 22400(a) VC, Minimum Speed Law. The white vehicle, later identified as a 1982 Chevrolet Monte Carlo, pulled to the right. As it was pulling to the right and coming to a stop, its driver appeared to have leaned forward while his right shoulder simultaneously and noticeably lowered. The driver then sat back up.

In speaking with the driver, later identified as (ARR) Steven Rodriguez, I told him why I stopped him and asked if he had his driver's license, vehicle registration, and his vehicle's proof of insurance. As I asked him for these items, I noticed an opened glass bottle of King Cobra malt liquor sticking out from the top of a brown paper bag in the front of the Monte Carlo. I couldn't see much of the King Cobra was missing from the bottle, but could see the neck of the bottle was empty. It was in front of the front seat and looked like it was resting on clothing, between Rodriguez and his front female passenger. I further noticed Rodriguez's eyes were very red and watery and I could smell an alcoholic beverage coming from his person. Rodriguez handed me his CA driver's license and told me he didn't have the Monte Carlo's registration or insurance.

Based on seeing the open container of King Cobra and the aforementioned objective signs of intoxication, I asked Rodriguez to step out of the Monte Carlo. I "pat" searched him for weapons; not finding any. I asked Rodriguez if he had drank any alcohol this evening. He told me he had drunk one to one and a half beers earlier. About this time, a CHP unit arrived. CHP Officer Pabst walked up as I speaking with Rodriguez. He immediately told me

| Report Officer | Printed At | |
|---|---|---|
| 1441/NANCE, JAMES PHILIP | 09/08/2009 10:43 | Page 1 of 2 |

**Incident Report**                                         Supplement No
                                                            **09-41712**    0003

# STOCKTON POLICE DEPARTMENT

### Narrative

"he" (Rodriguez) smelled like alcohol. I left Rodriguez with Officer Pabst while I checked his driver's license and vehicle registration status.

Rodriguez's CA driver's license was valid. The CA license plate affixed to the rear (and front) of the Monte Carlo, 4MOD480, showed it belonged to a 2000 Plymouth with registration expired 06/26/2009. However, it bore a yellow 2010 registration sticker. The registered owner was Rodriguez. In comparing the VIN # associated with 4MOD480 to that of the Monte Carlo, they did not match. I checked the registration status of the Monte Carlo using its VIN # and found the Monte Carlo's registration expired 06/08/2006 (3 yrs 3 months ago). Rodriguez was not the registered owner of the Monte Carlo.

I spoke again with Officer Pabst, who told me Rodriguez was not driving under the influence of alcohol, but had a Blood Alcohol Content (BAC) of 0.03%. I told Officer Pabst about the expired registration and he told me he (CHP) would tow it and that he would complete the CHP 180.

Officer's Heslin and Swails (CPO52) searched the Monte Carlo, pursuant the tow inventory search, and found, among other items, a loaded, double-barreled, 12 gauge shotgun with both barrels sawed off to 13 3/4". It was loaded with two (2) Winchester 2 3/4" shells; 1oz slugs (see their supplemental report for further).

See Officer Pierce's Original/Arrest Report for further details.

**ATTACHMENTS:**
None

**EVIDENCE:**
None

**DISPOSITION:**
Attach to Original

| Report Officer | Printed At | |
|---|---|---|
| 1441/NANCE,JAMES PHILIP | 09/08/2009 10:43 | Page 2 of 2 |

Case 2:10-cv-00204-KJM - Document 1   Filed 01/26/2010   Page 30 of 72

# EXHIBIT   D

# Incident Report

**STOCKTON POLICE DEPARTMENT**                    **09-41712**    Supplement No  ORIG

| Vehicle: 1DXY241 | | | | | | |
|---|---|---|---|---|---|---|
| Link | Involvement | Invl No | Name | Race | Sex | DOB |
| PAS | SUB | 1 | RANGEL,ROSIE | H | F | 10/19/1977 |

## Modus Operandi

| Weapon Used | Premise Type |
|---|---|
| PERSONAL (HANDS, ELBOWS, ETC) | STREET/HIGHWAY/ALLEY |

| Suspect Action |
|---|
| OTHER/SUSPECT ARMED |

| Crime Code(s) |
|---|
| WEAP |

## Narrative

**NOTIFICATION :**
On 9/5/09 around 2245 hours, Ofc J Nance and (Ofc Pierce, CPO22) were in full duty uniform and driving a marked patrol vehicle.

**INVESTIGATION :**
(ARR)Steven Rodriguez was stopped on the west side of the Chevron gas station (near Bianchi Road and West Lane) for a traffic violation. I saw Rodriguez's right shoulder move. It appeared he was reaching for something or trying to hide something in the vehicle. Refer to Ofc J Nance's supplemental report for details.

I contacted (SUB)Rosie Rangel who was standing outside of the vehicle. Rangel was seat in the front passenger seat when the vehicle was stopped. I was talking to Rangel when Ofc Heslin advised he located a shotgun in the vehicle. I handcuffed Rangel and checked her person for weapons. Once I confirmed Rangel did not have any weapons on her I took her handcuffs off. Rangel freely said the following in summary:

**STATEMENT OF (SUB)ROSIE RANGEL:**
Rangel stated she was near Charter Way (aka Martin Luther King Blvd) when Rodriguez picked her up. Rodriguez and Rangel drove to Waterloo Road and picked up Darlene Orozco and five children. They were going to Eighth Street after they picked up Orozco and the children. Rangel did not know why they were on Bianchi Road (Bianchi Road is north of Waterloo Road and Waterloo Road is north of Eighth Street).

I asked Rangel if there was anything illegal in the vehicle and Rangel replied, "Are beers." I responded, "Why are those illegal?" Range said, "They're open. I just open it."

I asked Rangel if Rodriguez had anything else illegal in the vehicle and Rangel said, "He shouldn't have anything illegal. We have kids with us."

I asked Rangel if she knew about the shotgun in the vehicle and she said, "I didn't know about it. I wouldn't put kids in the car if knew there was a gun."
*(End of Statement)*

**INVESTIGATION (continued) :**
I retained the black bag which contained the sawed-off shotgun (Stevens 12 gauge shotgun, Model 311, serial number filed off, 13 3/4 inch barrel, 21 inches overall length, ammunition (4 Winchester slugs, 1 Federal shotgun shell, and 18 Winchester shotgun shells), .25 grams of crystal methamphetamine (inside a plastic bag, valtox positive), and a circular glass pipe. I also retained two license plates (4MOD480, CA plates) that were on the vehicle; the license plates did not belong to the vehicle.

I could tell the shotgun did not meet the required barrel and overall length (18 inch barrel and 26 inches overall).

Rodriguez was handcuffed and sitting in the back seat of a CHP vehicle. I advised Rodriguez of his rights per Miranda from my department issued Miranda Warning card. I asked Rodriguez if he understood his rights and Rodriguez said, "Yes I do." Rodriguez said the following in summary:

**STATEMENT OF (ARR)STEVEN RODRIGUEZ:**
I asked Rodriguez who the vehicle belong to and he said, "It's my car." Rodriguez then said, "Mine and my wife's car. Both of our names are on it." I asked Rodriguez if he was the only person to drive the car today and he said, "My friend drove the car earlier." Rodriguez only knew his friend's name as "Johnny" and did not know his last name.

| Report Officer | Printed At | |
|---|---|---|
| 2052/PIERCE,KYLE | 09/08/2009 10:42 | Page 4 of 5 |

**Incident Report**

**STOCKTON POLICE DEPARTMENT**

09-41712

## Narrative

Rodriguez said he just picked up Rangel, Orozco, and the children just before he was stopped by the police.

I asked Rodriguez why did it look like he was trying to hide something when we stopped him. Rodriguez said, "I was playing with the radio."

Rodriguez said a pink bag was under his feet when he was driving. Rodriguez did not know if there were any other bags below his feet because there were so many bags. Rodriguez said, "There were bags all over."

Rodriguez stated he stopped in the middle of Bianchi Road because a CHP vehicle did a U-turn in front of him. I told Rodriguez there was not anyone in front of him. Rodriguez said, "You didn't see CHP in front of me?" I told Rodriguez I did not see a CHP vehicle in front of him. I again asked Rodriguez why he was stopped in the middle of Bianchi Road. Rodriguez said, "I stopped to let you (referring to Ofc Nance and I who were stopped at a stop sign) go."

Rodriguez said he did not know that there was a gun in the car. Rodriguez stated he has had gun charges in the past so he would not have a gun in his car. Rodriguez immediately said, "Who gave consent to search the car? Because I didn't."

I asked Rodriguez if he uses drugs and Rodriguez said, "No, I'm to old for that stuff."
*(End of Statement)*

**INVESTIGATION (continued)** :
Rodriguez was transported to the police department where he was photographed and fingerprinted. Rodriguez was transported and booked into the San Joaquin County Jail.

I forgot to provide Rodriguez with a copy of the confiscated weapon form. Ofc Lambertson took the form to the jail and gave it to the jail staff. It was supposed to be placed with Rodriguez's property.

Ofc Nance and I booked the sawed-off shotgun, ammunition, crystal methamphetamine, glass pipe, black bag, black pouch, and license plates into the property room for evidence under property card #B63803.

Rodriguez has several prior felony convictions.

**ATTACHMENTS** :
Citation #A126443
Confiscated Weapon Form

**EVIDENCE** :
Property Card #B63803
Item #1- .25 grams of crystal methamphetamine
Item #2- Stevens 12 gauge shotgun (sawed-off)
Item #3- 2 Winchester shotgun slugs (loaded in shotgun)
Item #4- 2 Winchester shotgun slugs
Item #5- 1 Federal shotgun shell
Item #6- 18 Winchester shotgun shells
Item #7- black pouch
Item #8- glass pipe
Item #9- black bag
Item #10- 2 license plates (4MOD480)

**DISPOSITION** :
Cleared by Adult Arrest

EXHIBIT E

# Incident Report
# STOCKTON POLICE DEPARTMENT



22 E MARKET ST.

STOCKTON, CA 95202

(209) 937-8495

**09-41712**

Supplement No
0002

Reported Date
09/05/2009
Nature of Call
273
Officer
SWAILS, TIMOTHY

## Administrative Information

| Agency | | DR | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|---|
| STOCKTON POLICE DEPARTMENT | | 09-41712 | 0002 | 09/05/2009 | 22:26 | 092480833 |
| Status | Nature of Call | | Location | | | |
| REPORT TO FOLLOW | CHILD ABUSE | | E BIANCHI RD/WEST LN | | | |

| City | Rep Dist | District | Sector | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|---|
| STOCKTON | 0365 | VA | VS | 09/05/2009 | 22:45 | 09/05/2009 | 22:45 |

| Officer | | |
|---|---|---|
| 1642/SWAILS, TIMOTHY | | |
| Assignment | | 2nd Officer |
| FIELD SERVICE VALLEYOAK FOURTHWATCH PHASE2 | | HESLIN, THOMAS |
| Assignment | | Entered by |
| FIELD SERVICE VALLEYOAK FOURTHWATCH PHASE2 | | 1642 |
| Assignment | | RMS Transfer |  Approving Officer |
| FIELD SERVICE VALLEYOAK FOURTHWATCH PHASE2 | | Successful | 6267 |

| Approval Date | Approval Time | | |
|---|---|---|---|
| 09/08/2009 | 06:46:53 | | |
| Route - DA Ready | Route - Crimes vs Persons | Route - Narco | Route - Other |
| Yes | Yes | Yes | Yes |

## Summary Narrative

**Additonal Routing:**
GUN
Child Protective Services

## SUBJECT INVOLVED 1: OROZCO, DARLENE YDELIA

| Involvement | Invl No | Type | Name | | MNI |
|---|---|---|---|---|---|
| SUBJECT INVOLVED | 1 | Individual | OROZCO, DARLENE YDELIA | | 24295 |

| Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | Skin |
|---|---|---|---|---|---|---|---|---|---|
| HISPANIC | FEMALE | 06/13/1981 | 28 | No | 5'01" | 117# | BROWN | HAZEL | LIGHT |

| Type | Address | City | State |
|---|---|---|---|
| HOME | 820 HEMINGWAY DR | STOCKTON | CALIFORNIA |
| ZIP Code | | | |
| 95207 | | | |

| Type | | ID No | | OLS |
|---|---|---|---|---|
| OPERATOR LICENSE OR ID NUMBER | | B9877714 | | CALIFORNIA |
| Type | ID No | | | |
| SOCIAL SECURITY NUMBER | 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 | | | |

## VICTIM 1: Confidential

| Involvement | Invl No | Name |
|---|---|---|
| VIC | 1 | See Confidential Page |

## VICTIM 2: Confidential

| Involvement | Invl No | Name |
|---|---|---|
| VIC | 2 | See Confidential Page |

## VICTIM 3: Confidential

| Involvement | Invl No | Name |
|---|---|---|
| VIC | 3 | See Confidential Page |

## VICTIM 4: Confidential

| Involvement | Invl No | Name |
|---|---|---|
| VIC | 4 | See Confidential Page |

## VICTIM 5: Confidential

| Involvement | Invl No | Name |
|---|---|---|
| VIC | 5 | See Confidential Page |

| Report Officer | Printed At | |
|---|---|---|
| 1642/SWAILS, TIMOTHY | 09/08/2009 10:43 | Page 1 of 4 |

**Incident Report**                                                      **09-41712**         Supplement No
                                                                                               0002

# STOCKTON POLICE DEPARTMENT

## Modus Operandi

| Weapon Used | | |
|---|---|---|
| PERSONAL  (HANDS, ELBOWS, ETC) | | |

| Premise Type | | Victim's Race |
|---|---|---|
| VEHICLE; AUTO, TRUCK, BUS, MOTORCYCLE/STREET/HIGHWAY/ALLEY | | HISPANIC |

| Victim's Sex | Victim's Age | Crime Code(s) |
|---|---|---|
| MALE/FEMALE | JUVENILE | WEAP |

## Narrative

### NOTIFICATION :

On 09-05-09 at 2226 hours Officer Heslin and I, Officer Swails (CPO52), were working patrol in north Stockton. We were in full uniform, and driving a marked patrol vehicle. We assisted other units with a traffic stop at 4747 West Ln (Chevron Gas Station).

### INVESTIGATION :

Officer Heslin and I assisted Officer Nance, and Pierce with a traffic stop in the parking lot of 4747 West Ln. A grey Chevy Monte Carlo had been stopped by Officers. I was advised that we had received permission to search the listed vehicle.

I conducted a search of the interior of the vehicle. I saw a pink diaper bag sitting in front of the front seat. The diaper bag was sitting on the floorboard, in front of the front bench seat. The diaper bag contained diapers, and other child care items. I saw a black duffel bag underneath the diaper bag. The duffel bag was zipped up. I unzipped it, and saw a sawed off 12 gauge shotgun inside. I advised the other Officers on scene that there was a gun inside the vehicle. I pulled the shotgun out from the bag. The shotgun was a Stevens Savage Arms side by side. I opened the breach of the weapon, and found it to be loaded with two live, red shotgun shells, which were slugs. I noticed that the serial number to the gun had been scratched off. The metal on the gun was black, and had a wood stock, and sawed off grip. I rendered the weapon safe, and pulled it from the vehicle. I conducted a further check of the duffel bag, and located a black toiletries case. The case contained several live shotgun shells. I also located a glass drug smoking pipe, and a piece of clear plastic wrapping inside the case. I noticed that the piece of plastic contained several pieces of an off white crystal like substance. Due to my training and experience the substance appeared to be methamphetamines. The glass pipe was approximately 4 inches in length, and had an enlarged round end, with a hole in it. I noticed black scarring on the enlarged end. Due to my training and experience I recognized this type of pipe to be commonly used to smoke methamphetamines.

I had FET respond to our location to take photographs of the evidence. FET took photographs of the vehicle. FET also took pictures of the diaper bag, and black duffel bag, in the place where they had been located. I turned over the evidence to Officer Nance and Pierce. Refer to their original report for additional information.

I contacted (SUB) Darlene Orozco, who was standing next to the vehicle. Orozco had been sitting in the rear passenger side seat. Orozco was sitting next to her five children (Victim's 1-5). Orozco had been placed in handcuffs when I advised that a gun was in the vehicle, for our safety. I read her a Miranda Warning from my issued card. I asked her if she understood her rights? Orozco said, "Yes." She then provided me with the following statement in summary:

### STATEMENT  OF (Darlene Orozco) :

Orozco said that she did not know there was a gun or drugs in the vehicle. Orozco said she was at a friends house at 4545 Kentfield Rd, with her 5 children. Orozco said she needed a ride to her Uncles house, so she called her friend (Rosie Rangel) for a ride.

Orozco said Rangel and (ARR) Rodriguez came to 4545 Kentfield Rd to pick them up. Orozco said she and her children rode in the back seat of the vehicle. Rodriguez drove the vehicle, and Rangel rode in the front passenger seat. Orozco said they were pulled over, after only a few minutes after leaving the apartments on Kentfield. Orozco said, "I didn't know there was anything. I just wanted a ride to my Uncles."

### *(End of Statement)*

### INVESTIGATION  (continued) :

| Report Officer | Printed At | |
|---|---|---|
| 1642/SWAILS,TIMOTHY | 09/08/2009 10:43 | Page 2 of 4 |

# Incident Report

**09-41712**   Supplement No

0002

## STOCKTON POLICE DEPARTMENT

### Narrative

I advised Officer Nance and Pierce of Orozco's statement and information. We secured from this incident.

**ATTACHMENTS** :

None

**EVIDENCE** :

FET

**DISPOSITION** :

Refer to Original

| Report Officer | Printed At | |
|---|---|---|
| 1642/SWAILS,TIMOTHY | 09/08/2009 10:43 | Page 3 of 4 |

# Incident Report

Case 2:10-cv-00204-KJM - Document 1 Filed 01/26/2010 Page 37 of 72

**09-41712**

Supplement No
0002

# STOCKTON POLICE DEPARTMENT

## Confidential Section

Do not distribute

## VICTIM 1: VILLANUEVA,SANTINO

| Involvement | Invl No | Type | | Name | | | MNI | Race |
|---|---|---|---|---|---|---|---|---|
| VICTIM | 1 | Individual | | VILLANUEVA,SANTINO | | | 672613 | HISPANIC |

| Sex | DOB | | Age | Juvenile? | Confidential | Means of Attack |
|---|---|---|---|---|---|---|
| MALE | 10/14/1999 | | 09 | Yes | Juvenile | PHYSICAL-HANDS,FISTS,FEET |

| Extent of Injury | | Dom Violence |
|---|---|---|
| NO VISIBLE INJURY | | NO |

| Type | Address | | City | State |
|---|---|---|---|---|
| HOME | 820 HEMINGWAY DR | | STOCKTON | CALIFORNIA |

| ZIP Code |
|---|
| 95207 |

| Alias Name | Race | Sex | DOB |
|---|---|---|---|
| MARTINEZ-VILLANANUEVA,SANTINO | HISPANIC | MALE | 10/14/1999 |
| VILLANANUEVA-MARTINEZ,SANTINO | HISPANIC | MALE | 10/14/1999 |

## VICTIM 2: VILLANUEVA,ANGELINO

| Involvement | Invl No | Type | | Name | | | MNI | Race |
|---|---|---|---|---|---|---|---|---|
| VICTIM | 2 | Individual | | VILLANUEVA,ANGELINO | | | 1080911 | HISPANIC |

| Sex | DOB | | Age | Juvenile? | Confidential | Means of Attack |
|---|---|---|---|---|---|---|
| MALE | 12/18/2000 | | 08 | Yes | Juvenile | PHYSICAL-HANDS,FISTS,FEET |

| Extent of Injury | | Dom Violence |
|---|---|---|
| NO VISIBLE INJURY | | NO |

| Type | Address | | City | State |
|---|---|---|---|---|
| HOME | 820 HEMINGWAY DR | | STOCKTON | CALIFORNIA |

| ZIP Code |
|---|
| 95207 |

## VICTIM 3: VILLANUEVA,ROMEO

| Involvement | Invl No | Type | | Name | | | MNI | Race |
|---|---|---|---|---|---|---|---|---|
| VICTIM | 3 | Individual | | VILLANUEVA,ROMEO | | | 932480 | HISPANIC |

| Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | Confidential |
|---|---|---|---|---|---|---|---|---|
| MALE | 11/12/2001 | 07 | Yes. | 2'10" | 60# | BROWN | BROWN | Juvenile |

| Means of Attack | Extent of Injury | Dom Violence |
|---|---|---|
| PHYSICAL-HANDS,FISTS,FEET | NO VISIBLE INJURY | NO |

| Type | Address | | City | State |
|---|---|---|---|---|
| HOME | 820 HEMINGWAY DR | | STOCKTON | CALIFORNIA |

| ZIP Code |
|---|
| 95207 |

## VICTIM 4: BUNNELL,ROBERT

| Involvement | Invl No | Type | | Name | | | MNI | Race | Sex |
|---|---|---|---|---|---|---|---|---|---|
| VICTIM | 4 | Individual | | BUNNELL,ROBERT | | | 945726 | WHITE | MALE |

| DOB | Age | Juvenile? | Confidential | Means of Attack | Extent of Injury |
|---|---|---|---|---|---|
| 10/26/2005 | 03 | Yes | Juvenile | PHYSICAL-HANDS,FISTS,FEET | NO VISIBLE INJURY |

| Dom Violence |
|---|
| NO |

| Type | Address | | City | State |
|---|---|---|---|---|
| HOME | 820 HEMINGWAY DR | | STOCKTON | CALIFORNIA |

| ZIP Code |
|---|
| 95207 |

## VICTIM 5: REYES,RIANNA

| Involvement | Invl No | Type | | Name | | | MNI | Race |
|---|---|---|---|---|---|---|---|---|
| VICTIM | 5 | Individual | | REYES,RIANNA | | | 1080913 | HISPANIC |

| Sex | DOB | | Age | Juvenile? | Confidential | Means of Attack |
|---|---|---|---|---|---|---|
| FEMALE | 01/29/2008 | | 01 | Yes | Juvenile | PHYSICAL-HANDS,FISTS,FEET |

| Extent of Injury | | Dom Violence |
|---|---|---|
| NO VISIBLE INJURY | | NO |

| Type | Address | | City | State |
|---|---|---|---|---|
| HOME | 820 HEMINGWAY DR | | STOCKTON | CALIFORNIA |

| ZIP Code |
|---|
| 95207 |

| Report Officer | Printed At | |
|---|---|---|
| 1642/SWAILS,TIMOTHY | 09/08/2009 10:43 | Page 4 of 4 |

EXHIBIT F

**Declaration**
**OF**
**Nancy Ann Rodriguez**

 I Nancy Ann Rodriguez being of sound mind and under no Duress declares as follows:

 I am the legal wife of Steven Refugio Rodriguez; I am employed for San Joaquin County.

 On 6/16/2009 we bought a 1982 Monte Carlo License 1DXY241 vin number 1G1AZ37HOCR134149 from West Lane Towing, for 500.00 dollars. On 6/17/2009 we paid all back due registration fees for 378.00 dollars at DMV

 On 9/7/2009 I called Mid Valley Towing to see what the cost would be to get the car out of. Mid Valley informed me the cost would be 353.00 and that I would need proof of registration and a DMV release and also a CHP release. I told them I only had a copy of the registration because the original was in the car.

 Mid Valley said that they would check the car and for me to bring the copy I had, the CHP and DMV release and a Current license and they would release the car to me if it was also under my name.

 So I redeemed the documents needed and Mid Valley Towing released the car to me on that same day.

 I did not have anyone there to drive the car, so one of the employees drove the Monte carol to my house for me. So there at the tow yard I was looking for the registration in the car, so I could put the DMV release with it and found the current car registration with all of the other paper work (Buyers Paper work) on the floor of the passenger's seat.

 I did not want to get pulled over with out the proper paper work and get the car impounded again.

 There is no other legal regerestation paper work other than the one that was in the Monte Carlo at the tow yard and the copy I had and both are now in my possession.

*Nancy A. Rodriguez*

Case 2:10-cv-00204-KJM - Document 1   Filed 01/26/2010   Page 40 of 72

EXHIBIT G

MEMORANDUM

October 5, 2009

SUBJECT: **DISPATCH RECORDS REQUEST 09 – 41712**

I hereby certify that the tape and printout accompanying this memorandum are true
copies of the records of the Stockton Police Department's Computer-Aided Dispatch
system relevant to Departmental Reference #09 – 41712, which includes Complaint
History #833, dated September 5, 2009.

Signed:

Melissa S. Murray

The above employee of the Stockton Police Department has been authorized to prepare
copies of these records.

Stockton Police Department
Telecommunications Section
22 East Market Street
Stockton, CA 95202
(209) 937-8887

/msm

Printed for: CTC3/7576                                          Mon Oct 05 13:05:25 20
Case 2:10-cv-00204-GEB-EFB  Document 1  Filed 01/26/10  Page 43 of 72
Case 2:10-cv-00204-KJM  Document 1  Filed 01/26/2010  Page 42 of 72

```
CHIQ    PAGE NO.0001 7576    CTC3    10-05-2009 13:05
                     STOCKTON PD
                     CALLS-FOR-SERVICE INQUIRY RESPONSE

--------------------------------------------------------------------------
INITIATE:   22:26:32 09-05-2009    CALL NUMBER:     092480833
ENTRY:      22:26:32               CURRENT STATUS:  CLOSED
DISPATCH:   22:26:32               PRIMARY UNIT:    4S44
ON SCENE:   22:26:32               CASE NUMBER:     090041712
CLOSE:      23:16:17               DISPOSITION:

LOCATION:   4747 WEST LN  ,  STOCKTON  (  CHEVRON STATION  )
DAREA:      VAL
BEAT:       VS                     TYPE:    T  TRAFFIC STOP
RD:         0365                   PRIORITY:  9
FIRE:                              HAZARD
```

```
09-05-2009
22:26:32 CCP2 TFC-STOP CPO52 @5MOD480
22:26:32 CCP2 ID        CPO52 <2004>HESLIN,THOMAS <1642>SWAILS,TIMOTHY
22:26:34 CCP2 MISC      CPO52, OFF BEHIND CHEVRON WITH CHP AND NEED 715'S....LIC
                        PLATE OF CAR IS 4MOD480[09/05/09222634001]
 22:26:34 CCP1 MISC      CPO52, IV DATE: 09/05/09 TIME: 22:26 REG VALID FROM: 11/2
                        4/04 TO 11/24/05 LIC#:5MOD480 YRMD:93 MAKE:LEXS BTM :4D V
                        IN :JT8VK13TXP0142313 R/O :PENDER TERESA, 7012 COMMANDER
                        HOWE TER, BRANDYWINE CITY:MD C.C.:60 ZIP :20613 RELEASE O
                        F LIABILITY (REG. 138) RECEIPT DATE:07/07/08 TRANSFER DAT
                        E:06/25/08 SELL PRICE:000100 BUYER:CONTINENTAL, 6337 BREN
                        TWOOD BLVD CITY:BRENTWOOD SELLER:NOT SAME AS ON FILE PARK
                        ING VIOLATIONS: NONE END [09/05/09222634001]
22:26:37 CCP2 BACK-OS   CPO52 4S44
22:26:37 CCP2 ID        4S44 <1007>RIDENOUR,RICHARD
22:27:48 CCP2 MISC      CPO52, IV DATE: 09/05/09 TIME: 22:27 INSURANCE INFORMATIO
                        N UNKNOWN POSSIBLE FILE CODES: A(4MOD480) S(4MOD480) REG
                        VALID FROM: 06/26/08 TO 06/26/09 LIC#:4MOD480 YRMD:00 MAK
                        E:PLYM BTM :4D VIN :1P3EJ46X1YN129636 R/O :RODRIGUEZ STEV
                        EN REFUGIO JR, 2662 PLAYA DEL SOL AVE CITY:STOCKTON C.C.:
                        39 ZIP#:95206 RCID:03/17/09 OCID:03/27/09 LOCD:3 TYPE:11
                        POWR:G VEH :17 BODY:0 CLAS:AN *-YR:09 REC STATUS: 04/06/2
                        009 RENEWAL NOTICE EXTRACTED 03/17/09 SMOG DUE 16/26/10 R
                        ELEASE OF LIABILITY (REG. 138) RECEIPT DATE:06/18/09 TRAN
                        SFER DATE:06/18/09 SELL PRICE:000000 BUYER:RODRIGUEZ STEP
                        HANIE, 2662 PLAYA DEL SOL CITY:STOCKTON CA SELLER:SAME AS
                         R/O ON FILE CLEARANCE INFORMATION RECORDS: OFFICE WORK D
                        ATE TECH/ID SEQ # VALUE FICHE DATE TTC 517 06/25/04 34 00
                        43 00101.00 00/00/00 H05 517 06/24/05 K5 0023 00107.00 00
                        /00/00 H05 L54 08/01/05 FD 0000 00000.00 00/00/00 Z01 517
                        06/26/06 37 0026 00086.00 06/29/06 H05 517 06/26/07 43 0
                        00[09/05/09222748001]
22:27:48 CCP2 MISC      CPO52, 4 00078.00 06/29/07 H00 517 06/26/08 10 0001 00074
                        .00 06/28/08 H00 517 03/17/09 34 0018 00015.00 03/19/09 F
                        00 517 03/17/09 34 6018 00000.00 03/19/09 F00 03/09/2009-
                        ODOMETER: 138,475 MILES ACTUAL MILEAGE END [09/05/0922274
                        8002]
22:33:30 M059 CASE      CPO52 PD0900041712 Assigned, 12025
22:35:14 CCP2 ONSCENEOK 4S44
```

```
CHIQ    PAGE NO.0002 7576    CTC3    10-05-2009 13:05
```

Case 2:10-cv-00294-GEB-EFB  Document 1   Filed 01/26/10  Page 43 of 72

```
22:35:14 CCP2 ONSCENOK CPO52
22:52:22 M059 INSRVICE CPO52
23:16:17 M023 INSRVICE 4S44
23:16:17 M023 CLOSE    4S44

OPERATOR ASSIGNMENTS:        CCP2  7355    CTC
                             CCP1  1569    CTC
                             M059  2004    HESLIN,THOMAS
                             M023  1007    RIDENOUR,RICHARD

**** REPORT COMPLETED ****
```

Case 2:10-cv-00204-KJM Document 1 Filed 01/26/2010 Page 44 of 72

EXHIBIT H

Case 2:10-cv-00204-KJM Document 1 Filed 01/26/2010 Page 45 of 72



CITY OF STOCKTON

OFFICE OF THE CITY ATTORNEY
CITY HALL
425 NORTH EL DORADO STREET
STOCKTON, CA 95202-1997
TELEPHONE (209) 937-8333
FACSIMILE (209) 937-8898

November 2, 2009


TO:         STEVEN R. RODRIGUEZ, JR., 09-22515
            999 West Mathews Road
            French Camp, California  95231

FROM:       STEVEN J. HUNT, Investigator

**RE:       CLAIMANT:      STEVEN R. RODRIGUEZ, JR.
            CLAIM NUMBER:  09-078-2400**

Enclosed is a claim form regarding the above-captioned subject matter.

____  For your files/information.

_XX_  Pursuant to your request.

____  Please sign and return to us promptly.


                        RICHARD E. NOSKY, JR.
                        CITY ATTORNEY


                    By _____
                        STEVEN J. HUNT
                        INVESTIGATOR

SJH:mg

Enclosure

EXHIBIT I

# CLAIM FOR DAMAGES

## CITY OF STOCKTON

**Note:** Claims for bodily injury or death, damage to personal property, or damage to growing crops may be filed on City of Stockton form F1366 not later than six months after the occurrence out of which the claims arose. All other claims must be filed on this form not later than one year after the occurrence out of which the claims arose. (Refer to California Government Code sections 910.4 and 911.2)

**DIRECTION:** *The original claim must be filed with the City of Stockton City Clerk's Office, 425 North El Dorado Street, Stockton, California 95202. Retain the yellow copy for your records.*

NAME OF CLAIMANT: Ms. (Mr) RODRIGUEZ STEVEN REFUGIO    Date of Birth 2/26/1969
     (Last)     (First)     (Middle)

HOME ADDRESS/PHONE: 556 E. CHURCHILL ST    95204    209-464-2814
     (Number/Street)     (City/State/Zip Code)     (Phone Number)

BUSINESS ADDRESS/ PHONE:
     (Number/Street)     (City/State/Zip Code)     (Phone Number)

**DIRECTION:** *Indicate to which address you wish notice sent*    ☒ HOME    ☐ BUSINESS

WHEN DID INJURY OR DAMAGE OCCUR? 9/5/2009   SATURDAY   2226 A.M. (P.M.)
     (Month/Day/Year)     (Day of Week)     (Time of Day)

WHERE DID INJURY OR DAMAGE OCCUR?
(Street address, intersecting streets, or other location) E. BIANCHI RTS / WEST IN. BEHIND CHEVRON GAS STATION. SEE CRIME REPORTS 09-41712

HOW DID INJURY OR DAMAGE OCCUR?
(Describe accident or occurrence in complete detail) OFFICER TIMOTHY SWAIL # 1672 JAMES NANCE # 1441 : KYLE PIERCE # 2052 FABRICATED POLICE REPORTS WITH IU TO CONVICT [ILLEGAIN] AND RETALIATE FOR SGT. RISH CASE NOUR # 1607 [SEE CLAIM # 09-078 2400]

NAME OF CITY EMPLOYEE(S) INVOLVED? STOCKTON POLICE OFFICERS.

WHAT ACTION OR INACTION OF CITY EMPLOYEE(S) CAUSED YOUR INJURY OR DAMAGES? CONSPIRED & RETAILIATED W/ FABRICATED POLICE REPORTS : EVIDENCE PLANTING

WHAT INJURIES OR DAMAGES DID YOU SUFFER? IN JAIL FACING LIFE IMPRISONMENT ON CRIMINAL CASE # CF112865 A [TOW PETS OF CAG ]

TOTAL AMOUNT CLAIMED:   ☒ Unlimited case—over $25,000.00    ☐ Limited case—$25,000.00 or less

If under $10,000.00, please specify amount $

**DIRECTION:** *Sign and date this Claim For Damages below. If the signer is not the claimant, indicate the relationship of the signer to the claimant.*

(Signature)     11/4/09     -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
     (Month/Day/Year)     (Social Security Number—optional)

(Relationship of signer, if not claimant)

**DIRECTION:** *You may attach and include with this completed form any bills for medical treatment and expenses, and any estimates or bills for personal property damage. Questions may be referred to (209) 937-8333.*

**NOTE:** <u>PRESENTATION OF A FALSE CLAIM IS A FELONY</u>. (Refer to California Penal Code section 72)    F1366—4/03

EXHIBIT J

Case 2:10-cv-00204-KJM -Document 1   Filed 01/26/2010   Page 49 of 72



# CITY OF STOCKTON

### POLICE DEPARTMENT
22 East Market Street • Stockton, CA 95202-2876
www.stocktongov.com

November 10, 2009

Steven R. Rodriguez Jr.
999 West Mathews Road
French Camp, CA   95231

### **CITIZEN'S COMPLAINT FORM**

I received your letter regarding your arrest by Stockton Police Officers. If you
would like to file a formal complaint regarding this matter, please fill out the
attached Citizen's Complaint Form and mail it back to:

> Stockton Police Department
> Attn:  Lieutenant Joe Rocha
> 22 East Market Street
> Stockton, CA   95202

Lieutenant Joe Rocha will investigate the circumstances of your arrest and take
appropriate action.  If you have any further questions regarding this matter,
please call (209) 937-8480.

BLAIR ULRING
CHIEF OF POLICE

CAPTAIN TROY BRODDRICK
FIELD SERVICES DIVISION

BU:TB:JR:jd

Attachment





# STOCKTON POLICE DEPARTMENT
## CITIZEN COMPLAINT FORM

If returning this form in person, we request you contact the on-duty Watch Commander. Your complaint will then either be forwarded to the employee's supervisor for inquiry or to the Internal Affairs Section. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Internal Affairs Section, (209)937-8697.

| LAST Name, First Middle | Home Phone | Work Phone |
|---|---|---|
| Rodriguez Steven Refugio | 209-464-2814 | IN-JAIL |
| **Address** | **City/Zip** | **Cell Phone** |
| 556 E. Churchill St.   STKN, CA. 95204 | | IN-JAIL |

| Date/Time Incident Occurred | Location of Occurrence | Report/Citation Number |
|---|---|---|
| 9/5/09    2226 | 4747 N. West Lane | 09/41712 ; 09/41716 |

| Police Officer/Employee Name(s) |
|---|
| Kyle Pierce; James Nance; Timothy Swails ; Sgt. Richard Ridenour. |

| Witness Name (LAST, First, Middle) | Address          City/Zip | Phone Number (Home/Work/Cell) |
|---|---|---|
| Rosie Rangel | 1315 Carlton Ave  STKN CA 95203 | 209-939-1915 |
| **Witness Name (LAST, First, Middle)** | **Address          City/Zip** | **Phone Number (Home/Work/Cell)** |
| | | |

Give a brief narrative of the events that led to this complaint. You may add additional sheets as necessary.

All cops were motivated for immediate supervisor Richard Ridenour #1007 to violate my civil rights and illegally search my vehicle. All reports have atleast one lie or misleading choice of words to search car. All alleged evidence found was tampered with and moved around.

A CHP officer Pabst made a U-turn right in front of me and compelled me to stop, like he was in pursuit. Designed to violate speed laws to give "Cpozz" a reason to pull me over. Swails and Pierce lied under oath. See 4 complaints attached [Additional]

In cases where it has been clearly shown a complaint was false and filed maliciously against an officer, that officer is entitled to file a civil action for defamation of character, in accordance with Section 47.5 of the Civil Code.

I have read and understand the above statement, which I have made of my own free will, and the facts contained therein are true and correct to the best of my knowledge.

Complainant's Signature X _____   Date 11/14/09

Signature of Parent/Guardian (if complainant is under 18 years of age) N/A

| Complaint Received by | Date |
|---|---|
| | |

Mail to: Stockton Police Department, Internal Affairs Section, 22 East Market Street, Stockton, CA  95202

(Revised 12/07)

# Citizens Complaint

Case 2:10-cv-00204-CEB -EFB Document 1-3 3/00526/10 Page 51 of 72
Case 2:10-cv-00204-KJM - Document 1 - Filed 01/26/10 Page 31 of 72

## Kyle Pierce #2052
## [Stockton Police Officer]

On 9/5/2009 Officer Kyle Pierce #2052 was arresting officer [see Police Report #09-41712]. This cop is in cahoots with Sgt. Rich Ridenour to retaliate against me. Officer Pierce said it was noticed I was trying too hide something building a purpose to get into my car illegally. My electric car seat was broke and the radio is located in the lower section in the middle of dash panel.

Officer Pierce wrote in report, Officer Heslin located the alleged shotgun. When in fact officer Swails gave a detailed account of alleged items found in my car. Officer Swails makes no reference officer Heslin was at his side, or he witnessed Heslin. Swails testified in court he found shotgun, in turn conflicts with Pierces report.

Officer Pierce never reports who pulled passengers out of car to search it. Cops were in my car way before I was mirandized and I stated I gave no consent to search. Which amounts to an illegal search, no probable cause to search.

Pierce #2052 testified his unit & CHP were on a different channel, but his report 09-41712 says no CHP is in front of me. To justify his false time "2245" on report. If officer Pierce pulled me over for a traffic stop why would CHP have called dispatch. Or be on call before Nance & Pierce. See Preliminary Hearing case no SF112865A

1 of 2

OFFICER PIERCE REPORTS A CHP SHOWS UP LATER LIKE IT WAS A SURPRISE.

OFFICER PIERCE ADMITTED UNDER OATH HIS IMMEDIATE SUPERVISOR SGT RICH RIDENOUR #1007 SPOKE WITH ME AT THE SCENE. A "CONFLICT OF INTEREST" AND NEVER WRITES THIS FACT IN HIS REPORT. THIS SUPPORTS A MASS COVER UP, "CONSPIRACY OF POLICE RETALIATION". VIOLATION OF P.C. 3118.1

IN ADDITION PIERCE DOES NOT REPORT HE MEASURED THE SHOTGUN, BUT TESTIFIES HE DOES. SO FAR NO PICTURES EXACTING THIS MEASUREMENT.

I DECLARE UNDER PENALTY OF PERJURY THE AFOREMENTIONED IS TRUE AND CORRECT

10/12/2009                          RESPECTFULLY

                                    /s/

                                    STEVEN R RODRIGUEZ JR

                                    999 W. MATHEWS RD
                                    FRENCH CAMP CA
                                            95231

C.C.FILE: RODRIGUEZ

2 OF 2

# CITIZENS COMPLAINT

## JAMES PHILIP NANCE # 1441
## [ STOCKTON POLICE OFFICER ]

I WAS PULLED OVER BY OFFICER'S NANCE POLICE UNIT ON 9/5/2009. (SEE POLICE REPORT # 09-41712). THE OFFICER HERE·IN WROTE A FABRICATED POLICE REPORT WITH CONSPIRACY ASPECTS TO ILLEGALLY SEARCH AND SEIZE PROPERTY, VIOLATE CIVIL LIBERTIES IN RETALIATORY MOTIVATION FOR HIS IMMEDIATE SUPERVISOR SGT RICH RIDENOUR # 1007

I TRIED TO GIVE MY REGISTRATION AND INSURANCE TO OFFICER NANCE, WHO DIDNT WANT IT. ALL HE TOOK WAS LICENSE. OFFICER NANCE SAID THE CAR WAS NOT MINE IN HIS REPORT, NOR DID HE ASK ME OR SAY WHO IT BELONG TOO. IN FACT MY WIFE HAD TO GET A COPY SO CHP WOULD RELEASE IT. MID VALLEY TOW DID RELEASE IT · MY WIFE FOUND INSURANCE & REGISTERED PAPERS ON PASSENGER SIDE. ODDLY THIS INFORMATION ON MY CAR DID NOT SHOW UP IN SQUAD CAR OCCUPIED BY NANCE & PIERCE. IT COST ALMOST 400°° TO GET OUT WHICH MY WIFE PAID. "NANCY PATRON RODRIGUEZ " PICTURES OF SCENE SHOW PAPERS IN CAR.

WHICH DEMONSTRATES THE POLICE REPORT # 09-41712 WAS WROTE WITH WILLFUL & DELIBERATE LIES FOR DECEIT. WHICH SUPPORTS THIS OFFICER HAD IT IN HIS MIND FROM SOMEWHERE TO ILLEGALLY SEARCH MY CAR. SGT RICH RIDENOUR # 1007 SAID OUT LOUD "SEARCH THE CAR HE'S DIRTY." OFFICER RIDENOUR'S PRESENCE WAS A "CONFLICT OF INTEREST." IN NANCES REPORT

1 OF 2

HE STATED PER INVENTORY SEARCH All THE STUFF Allegedly FOUND IN MY CAR, BUT WITH ACCURATE KNOWLEDGE OF CAR DATA, THERES NO WAY TO SEARCH VEHICLE. So CONVENIENTLY TO ENTER CAR & PlANT EVIDENCE THIS WAS THE OFFICER'S ONLY HOPE. GOOD ENOUGH TO DO "BUT CRIMINAL IN NATURE."

WE [ME & MY WIFE] BOUGHT CAR FOR 500°° AT TOW YARD, WE PAID 387°° FOR PAST REGIST-RATION & Allow OPERABLE VEHICLE TO GET SMOGED.

IN CONJUNCTION, THE REPORT EVEN GIVES A FALSE TIME OF TRAFFIC STOP. 2245 IS HIS REPORT TIME. 19 MINUTES lATER FROM OFFICER DWAILS REPORT OFFICER NANCE'S REPORT THE ORDER OF EVENTS THAT PlATES ON CAR WERE WRONG BEFORE TOW INVENTORY SHEET. BUT OFFICER PIERCE# 2052 TESTIFIED THAT FACT CAME WAY lATER. A FABRICATED REPORT DESIGNED TO SEIZE A CAR DECEIVE DISTRICT ATTORNEY AND TAINT JURORS MINDS IN TRIAL.

THE POLICE REPORT # 09-41712 AUTHORED BY STOCKTON POLICE OFFICER JAMES PHILIP NANCE# 1441 IS IN VIOLATION OF CA. Pc. 3118.1

I DECLARE UNDER PENAlTY OF PERJURY THE AFOREMENTIONED IS TRUE & CORRECT.

DATED: 10/12/2009              RESPECTFUllY

(ENCLOSURES 4)

C.C. FilE: RODRIBUEZ          STEVEN RODRIGUEZ
                              999 W. MATHEWS RD
                              STOCKTON CA.
                                        95231

2 OF 2

PHiliP NANCE # 1441

ENCLOSURES

1 P. CHP 180

2 P. R/O & INSURANCE

1 P. DECLARATION

## Declaration
## OF
## Nancy Ann Rodriguez

I Nancy Ann Rodriguez being of sound mind and under no Duress declares as follows:

I am the legal wife of Steven Refugio Rodriguez; I am employed for San Joaquin County.

On 6/16/2009 we bought a 1982 Monte Carlo License 1DXY241 vin number 1G1AZ37HOCR134149 from West Lane Towing, for 500.00 dollars. On 6/17/2009 we paid all back due registration fees for 378.00 dollars at DMV

On 9/7/2009 I called Mid Valley Towing to see what the cost would be to get the car out of. Mid Valley informed me the cost would be 353.00 and that I would need proof of registration and a DMV release and also a CHP release. I told them I only had a copy of the registration because the original was in the car.

Mid Valley said that they would check the car and for me to bring the copy I had, the CHP and DMV release and a Current license and they would release the car to me if it was also under my name.

So I redeemed the documents needed and Mid Valley Towing released the car to me on that same day.

I did not have anyone there to drive the car, so one of the employees drove the Monte carol to my house for me. So there at the tow yard I was looking for the registration in the car, so I could put the DMV release with it and found the current car registration with all of the other paper work (Buyers Paper work) on the floor of the passenger's seat.

I did not want to get pulled over with out the proper paper work and get the car impounded again.

There is no other legal regerestation paper work other than the one that was in the Monte Carlo at the tow yard and the copy I had and both are now in my possession.

*Nancy A. Rodriguez*

DEPOSIT OF FEES
PAGE 1 OF 1



A Public Service Agency

**\* INCOMPLETE APPLICATION\*\*SEE ABOVE\*\*THIS IS NOT AN OPERATING PERMIT \***

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | *YR | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|------|----------|-------------|-----------|-----|----------|----------|----------------|
| CHEV | 1982 | 1982 | AA | 2009 | 120 | 11 | 1DXY241 |

| BODY TYPE MODEL | MP | MO | | VEHICLE/VESSEL ID NUMBER |
|-----------------|----|----|---|--------------------------|
| CP | G | QT | | 1G1AZ37H0CR134149 |

| TYPE VEHICLE/VESSEL USE | DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC | USE TAX |
|-------------------------|-------------|---------|--------------|-----|---------|
| AUTOMOBILE | 06/19/09 | 39 | 06/19/09 | 0 | 2 |

RDF REASONS: 0

```
    PEREZ NANCY ANN/                                          AMOUNT PAID
R   RODRIGUEZ STEVEN REFUGIO                              $    378.00
/   556 E CHURCHILL
O                              AMOUNT DUE        AMOUNT RECVD
                            $    378.00   CASH :    350.00
    STOCKTON                               CHCK :
    CA            95204                     CRDT :     28.00


L                                      PR EXP DATE: 06/08/2006
/
O
```

517 39 0037800 0028 CS 061909   1DXY241 149

---

**AUTO LIABILITY INSURANCE IDENTIFICATION CARD**

 California State Automobile Association
Inter-Insurance Bureau
P.O. Box 429186
San Francisco, CA 94142-9186

Insured: **PEREZ NANCY**

Policy Number: **LU52280**

Eff. Date: **02/01/2009**      Exp. Date: **02/01/2010**

Vehicle Make: **CHEVR**      Model Year: **1982**

VIN: **1G1AZ37H0CR134149**

For policy changes or to report a claim, call 800 922-8228.

---

**AUTO LIABILITY INSURANCE IDENTIFICATION CARD**

 California State Automobile Association
Inter-Insurance Bureau
P.O. Box 429186
San Francisco, CA 94142-9186

Insured: **PEREZ NANCY**

Policy Number: **LU52280**

Eff. Date: **02/01/2009**      Exp. Date: **02/01/2010**

Vehicle Make: **CHEVR**      Model Year: **1982**

VIN: **1G1AZ37H0CR134149**

For policy changes or to report a claim, call 800 922-8228.

---

**AUTO LIABILITY INSURANCE IDENTIFICATION CARD**

 California State Automobile Association
Inter-Insurance Bureau
P.O. Box 429186
San Francisco, CA 94142-9186

Insured: **PEREZ NANCY**

Policy Number: **LU52280**

Eff. Date: **02/01/2009**      Exp. Date: **02/01/2010**

Vehicle Make: **CHEVR**      Model Year: **1982**

VIN: **1G1AZ37H0CR134149**

For policy changes or to report a claim, call 800 922-8228.

---

**AUTO LIABILITY INSURANCE IDENTIFICATION CARD**

 California State Automobile Association
Inter-Insurance Bureau
P.O. Box 429186
San Francisco, CA 94142-9186

Insured: **PEREZ NANCY**

Policy Number: **LU52280**

Eff. Date: **02/01/2009**      Exp. Date: **02/01/2010**

Vehicle Make: **CHEVR**      Model Year: **1982**

VIN: **1G1AZ37H0CR134149**

For policy changes or to report a claim, call 800 922-8228.

---

F863C (Rev. June 1999)

[(ghhcaro/121) 6/22/09 12:02]

(VIN) NEED CHP REPORT OFFICER
HAS DIFFERENT ITEMS AS IN TRUNK?"

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

# VEHICLE REPORT
CHP 180 (Rev. 12-06) OPI 062

NOTE: CHP 180 IS FURNISHED TO ALL PEACE
OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

| REPORTING DEPARTMENT | LOCATION CODE | DATE / TIME OF REPORT | NOTICE OF STORED VEHICLE | FILE NO |
|---|---|---|---|---|
| CHP | 265 | 9509 2240 | DELIVERED PERSONALLY | |

LOCATION TOWED / STOLEN FROM: RANCHO W/LF WEST LANE
ODOMETER READING: 01102
VIN CLEAR IN SVS? ☑YES ☐NO
LIC. CLEAR IN SVS? ☑YES ☐NO
DATE / TIME DISPATCH NOTIFIED: 9509
LOG NO: 2556

| YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE NO | MONTH / YEAR | STATE |
|---|---|---|---|---|---|---|---|
| 02 | CHEV | MONTE CARLO | CAR | WHT | 1DXY241 | 6/06 | CA |

VEHICLE IDENTIFICATION NO.: 1G1AZ37HCCR134149
ENGINE NO.:
VALUATION BY ☑OFFICER ☐OWNER ☑0-300 ☐301-4000 ☐4001- $

STEVEN REFULIO RODRIGUEZ
26606 PLAYA DEL SOL AV
STOCKTON CA 95206
☐ SAME AS R/O
LEGAL OWNER

☐ STORED ☑ IMPOUNDED ☐ RELEASED ☐ RECOVERED - VEHICLE / COMPONENT

TOWING / STORAGE CONCERN (NAME, ADDRESS, PHONE): MID VALLEY 1011 E. LINDSAY & STEN
STORAGE AUTHORITY / REASON
TOWED TO / STORED AT: 209 466-3566
AIRBAG? ☐YES ☑NO ☐1 ☐2
DRIVEABLE? ☐YES ☑NO ☐JUNK ☐UNK
VIN SWITCHED? ☐YES ☑NO

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | ☑ | SEAT (FRONT) | ☑ | | REGISTRATION | | ☑ | CAMPER | | | LEFT FRONT | FAIR |
| BURNED HULK per 431(c) VC | | ☑ | SEAT (REAR) | ☑ | | ALT. / GENERATOR | ☑ | | VESSEL AS LOAD | | | RIGHT FRONT | |
| VANDALIZED | ☑ | | RADIO | | | BATTERY | ☑ | | FIREARMS | | ☑ | LEFT REAR | |
| ENG. / TRANS. STRIP | ☑ | | TAPE DECK | | | DIFFERENTIAL | ☑ | | OTHER | | | RIGHT REAR | |
| MISC. PARTS STRIP | ☑ | | TAPES | | | TRANSMISSION | ☑ | | | | | SPARE | |
| BODY METAL STRIP | ☑ | | OTHER RADIO | | | AUTOMATIC | ☑ | | | | | HUB CAPS | |
| SURGICAL STRIP per 431(b) VC | ☑ | | IGNITION KEY | | | MANUAL | | > | | | | SPECIAL WHEELS | |

RELEASE VEHICLE TO: ☐ R/O OR AGENT ☑ AGENCY HOLD ☑ 22850.3 VC
GARAGE PRINCIPAL / AGENT STORING VEHICLE /SIGNATURE
DATE / TIME: 9509 2255

NAME OF PERSON / AGENCY AUTHORIZING RELEASE: J EDWARDS
I.D. NO: 17455 CHP
DATE: 9/08
CERTIFICATION: I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE

SIGNATURE OF PERSON AUTHORIZING RELEASE
SIGNATURE OF PERSON TAKING POSSESSION

☐ STOLEN VEHICLE / COMPONENT ☐ EMBEZZLED VEHICLE ☐ PLATE(S) REPORT

| DATE / TIME OF OCCURRENCE | DATE / TIME REPORTED | NAME OF REPORTING PARTY (R/P) | DRIVER LICENSE NO. / STATE |
|---|---|---|---|

| LAST DRIVER OF VEHICLE | DATE / TIME | ADDRESS OF R/P | TELEPHONE OF R/P |
|---|---|---|---|

I CERTIFY OR DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT
SIGNATURE OF PERSON MAKING REPORT

## REMARKS
[LIST PROPERTY, TOOLS, VEHICLE DAMAGE, ARRESTS]

DRIVER'S NAME: STEVEN RODRIGUEZ
ARRESTED, SECTION? ☑YES ☐NO
REPORTED BY: SPD
CARGO / TYPE? ☐YES ☐NO
VALUE $
☐ BILL OF LADING ATTACHED

DISPLAY 4MOA400?
DRIVER STOPPED FOR IMPOUND
SHOTGUN FOUND IN VEHICLE
VEHICLE CONTAINS MISC PERSON
CIGARETTES TOLL JUMPER (CABLE)

CALIFORNIA
DRIVER LICENSE
N8970266
EXPIRES 01-19-13
NANCY ANN PEREZ
556 E CHURCHILL ST
STOCKTON CA 95204
SEX:F HAIR:BRN
HT:5-03 WT:200
RSTR: CORR LENS
DOB: 01-19-
CLASS:
01/15/2008 S17 A8 FD/13

FRONT | LEFT SIDE | RIGHT SIDE

SIGNATURE OF OFFICER TAKING REPORT
I.D. NO: 15559
SUPERVISOR: TBA

# Citizens Complaint

## Timothy Swails #1642
## [ Stockton Police Officer ]

I was pulled over allegedly for a traffic stop. See police report # 09-41712 authored by said cop above. The report deliberately mistates the facts, circumstances & events in arresting me for a host of crimes. It is intended to harrass my person & co-conspire to shield abuse of authority "conflict of interest" and perjury to violate my civil rights, due too Sgt Rich Ridenour #1007 past malfeasance in reports & court.

Officer Swails report was written without pertinent truth, did not say who gave permission to search my vehicle. But in court testified officer Nance did. Other officers report was due to tow inventory sheet. Which is in conflict to probable cause. Officer Swails lied under oath that officer Nance asked him to search. The report boldly states "we had permission to search." I know Sgt Rich Ridenour #1007 said out loud "search vehicle he's dirty."

Officer Swail's report is written wrong he had FET respond to scene, FET was dispatched at 1027 P.M. The alledged stop was at 1026. His report states after being in my car he calls FET. In court he states he arrived on the scene 30 seconds later. So in a manner of 30 seconds (1026-1027) he search vehicle & dispatched FET. "never happened". This officer

1 of 2

NEVER REPORTS WHO PULLED OUT PASSENGERS OF MY

VEHICLE & FOR WHAT REASON. OFFICER SWAILS REPORT ONLY STATES
HE ASSISTED A UNIT WITH A TRAFFIC STOP.

THIS REPORT # 09-41712 WRITTEN FOR 9/5/09

IS A COVER UP FOR POLICE MISCONDUCT AGAINST MYSELF

AND IN RETALLIATION FOR HIS IMMEDIATE SUPERVISOR

SGT RIDENOUR. OFFICER SWAILS/HESLIN CALLED DISPATCH FROM 3
BLOCKS AWAY. SEE PRELIME TRANSCRIPT. CASE# SF112865A.

OFFICERS NANCE # 1441; PIERCE # 2052; SGT

RICH RIDENOUR # 1007 IN CAHOOTS WITH SWAILS # 1642

RETALLIATED, HARRASSED & VIOLATED MY RIGHT TO

PRIVACY. CONSTITUTIONAL SAFEGUARDS WERE IGNORED

BY Rogue LAW ENFORCEMENT. [CONSPIRACY] ILLEGAL

REPORTS ARE A CRIMINAL ACT CA. P.C. 3118.1.

I DECLARE UNDER PENALTY OF PERJURY

THE AFOREMENTIONED IS TRUE & CORRECT.

10/12/2009                    RESPECTFULLY

                            /s/

                            STEVEN R. RODRIGUEZ JR

                            999 W. MATHEWS Rd

C.C. FILE: RODRIGUEZ

2 OF 2

Case 2:10-cv-00204-KJM - Document 1   Filed 01/26/2010   Page 62 of 72

TIMOTHY SWAILS #

< ENCLOSURE >

B.P. DISPATCH LOG.

MEMORANDUM

October 5, 2009

SUBJECT:   **DISPATCH RECORDS REQUEST 09 – 41712**

I hereby certify that the tape and printout accompanying this memorandum are true copies of the records of the Stockton Police Department's Computer-Aided Dispatch system relevant to Departmental Reference #09 – 41712, which includes Complaint History #833, dated September 5, 2009.

Signed:

*Melissa S. Murray*

The above employee of the Stockton Police Department has been authorized to prepare copies of these records.

Stockton Police Department
Telecommunications Section
22 East Market Street
Stockton, CA 95202
(209) 937-8887

/msm

Printed for: CTC3/7576                                                    Mon Oct 05 13:05:25 20

CHIQ    PAGE NO.0001 7576    CTC3    10-05-2009 13:05
                             STOCKTON PD
                             CALLS-FOR-SERVICE INQUIRY RESPONSE

--------------------------------------------------------------------------------
INITIATE:    22:26:32 09-05-2009    CALL NUMBER:       092480833
ENTRY:       22:26:32               CURRENT STATUS:    CLOSED
DISPATCH:    22:26:32               PRIMARY UNIT:      4S44
ON SCENE:    22:26:32               CASE NUMBER:       090041712
CLOSE:       23:16:17               DISPOSITION:

LOCATION:    4747 WEST LN  ,  STOCKTON  (  CHEVRON STATION  )
DAREA:       VAL
BEAT:        VS                     TYPE:      T  TRAFFIC STOP
RD:          0365                   PRIORITY:  9
FIRE:                               HAZARD


09-05-2009
22:26:32 CCP2 TFC-STOP CPO52 @5MOD480
22:26:32 CCP2 ID          CPO52 <2004>HESLIN,THOMAS <1642>SWAILS,TIMOTHY
22:26:34 CCP2 MISC        CPO52, OFF BEHIND CHEVRON WITH CHP AND NEED 715'S....LIC
                          PLATE OF CAR IS 4MOD480[09/05/09222634001]
 22:26:34 CCP1 MISC        CPO52, IV DATE: 09/05/09 TIME: 22:26 REG VALID FROM: 11/2
                          4/04 TO 11/24/05 LIC#:5MOD480 YRMD:93 MAKE:LEXS BTM :4D V
                          IN :JT8VK13TXP0142313 R/O :PENDER TERESA, 7012 COMMANDER
                          HOWE TER, BRANDYWINE CITY:MD C.C.:60 ZIP :20613 RELEASE O
                          F LIABILITY (REG. 138) RECEIPT DATE:07/07/08 TRANSFER DAT
                          E:06/25/08 SELL PRICE:000100 BUYER:CONTINENTAL, 6337 BREN
                          TWOOD BLVD CITY:BRENTWOOD SELLER:NOT SAME AS ON FILE PARK
                          ING VIOLATIONS: NONE END [09/05/09222634001]
22:26:37 CCP2 BACK-OS    CPO52 4S44
22:26:37 CCP2 ID          4S44 <1007>RIDENOUR,RICHARD
22:27:48 CCP2 MISC        CPO52, IV DATE: 09/05/09 TIME: 22:27 INSURANCE INFORMATIO
                          N UNKNOWN POSSIBLE FILE CODES: A(4MOD480) S(4MOD480) REG
                          VALID FROM: 06/26/08 TO 06/26/09 LIC#:4MOD480 YRMD:00 MAK
                          E:PLYM BTM :4D VIN :1P3EJ46X1YN129636 R/O :RODRIGUEZ STEV
                          EN REFUGIO JR, 2662 PLAYA DEL SOL AVE CITY:STOCKTON C.C.:
                          39 ZIP#:95206 RCID:03/17/09 OCID:03/27/09 LOCD:3 TYPE:11
                          POWR:G VEH :17 BODY:0 CLAS:AN *-YR:09 REC STATUS: 04/06/2
                          009 RENEWAL NOTICE EXTRACTED 03/32/09 SMOG DUE 06/26/09 R
                          ELEASE OF LIABILITY (REG. 138) RECEIPT DATE:06/03/09 TRAN
                          SFER DATE:06/10/09 SELL PRICE:000000 BUYER:RODRIGUEZ STEP
                          HANIE, 2662 PLAYA DEL SOL CITY:STOCKTON CA SELLER:SAME AS
                          R/O ON FILE CLEARANCE INFORMATION RECORDS: OFFICE WORK D
                          ATE TECH/ID SEQ # VALUE FICHE DATE TTC 517 06/25/04 34 00
                          43 00101.00 00/00/00 H05 517 06/24/05 K5 0023 00107.00 00
                          /00/00 H05 L54 08/01/05 FD 0000 00000.00 00/00/00 Z01 517
                          06/26/06 37 0026 00086.00 06/29/06 H05 517 06/26/07 43 0
                          00 [09/05/09222748001]
22:27:48 CCP2 MISC        CPO52, 4 00078.00 06/29/07 H00 517 06/26/08 10 0001 00074
                          .00 06/28/08 H00 517 03/17/09 34 0018 00015.00 03/19/09 F
                          00 517 03/17/09 34 6018 00000.00 03/19/09 F00 03/09/2009-
                          ODOMETER: 138,475 MILES ACTUAL MILEAGE END [09/05/0922274
                          8002]
22:33:30 M059 CASE        CPO52 PD0900041712 Assigned, 12025
22:35:14 CCP2 ONSCENOK 4S44

CHIQ    PAGE NO.0002 7576    CTC3    10-05-2009 13:05

Case 2:10-cv-00204-GEB-EFB  Document 1  Filed 01/26/2010  Page 65 of 72

```
22:35:14 CCP2 ONSCENOK CPO52
22:52:22 M059 INSRVICE CPO52
23:16:17 M023 INSRVICE 4S44
23:16:17 M023 CLOSE    4S44


OPERATOR ASSIGNMENTS:      CCP2  7355    CTC
                           CCP1  1569    CTC
                           M059  2004    HESLIN,THOMAS
                           M023  1007    RIDENOUR,RICHARD


**** REPORT COMPLETED ****
```

CITIZENS COMPLAINT

C.P.C.S 832.5

SGT. RICH RIDENOUR # 1007

ON 9/5/2009 SGT RICH RIDENOUR MADE A THREAT TO ME WHILE I WAS IN THE BACKSEAT OF A POLICE CAR (CHP) "QUOTE" IM GOING TO SEND YOU BACK TO PRISON CAUSE I HATE YOU FOR MAKING ME LOOK BAD IN A PRIOR TRIAL "UN-QUOTE" SGT. RIDENOUR MADE A STATEMENT OUT LOUD "SEARCH THE VEHICLE, HE'S DIRTY" AFTER C.H.P OFFICER'S STATED IT WAS A CITABLE OFFENSE FOR OPEN CONTAINERS!

SGT. RIDENOUR COMMITTED PERJURY AND FABRICATED POLICE REPORTS AND MIRANDA VIOLATIONS IN A PRIOR CASE # SF08491168 WHICH I WAS SENTENCED TO 8yrs IN PRISON. IT WAS VACATED AND DISMISSED 1/20/2009. I FILED CLAIMS FOR DAMAGES AGAINST SAID OFFICER ON 5/23/2002 AND 6/25/2009 SEE ATTACHED EXHIBIT "A" WITH THE CITY ATTORNEYS OFFICES. I ALSO PREVIOUSLY FILED A CITIZENS COMPLAINT AT THE POLICE STATION SEE EXHIBIT "B".

ONCE SGT. RIDENOUR SAW ME HE SHOULD OF REPLACED HIMSELF FROM THE SCENE WHICH IMMEDIATELY INFLAMED "A CONFLICT OF INTEREST." I HAVE NOT GOTTEN A POLICE REPORT FROM SGT RICH RIDENOUR # 1007 FROM 9/5/2009. HE WAS ON THE SCENE AND MADE CONTACT WITH AN ALLEGED SUSPECT. HE GAVE AN ILLEGAL ORDER TO SEARCH MY VEHICLE AND FURTHER ENHANCED A "CONFLICT OF INTEREST AGAINST THIS WRITER.

Case 2:10-cv-00204-KJM -   Document 1   Filed 01/26/2010   Page 67 of 72

ALSO I BELIEVE OFFICERS UNDER
SGT. RIDENOUR IMMEDIATE AUTHORITY HAVE
CREATED DISHONEST ACTS, FABRICATED POLICE
REPORTS, EVIDENCE TAMPERING, EVEN PERJURY
IN SUPERIOR COURT TO SAFEGUARD
RIDENOUR'S RETALIATION AND VIOLATIONS OF
CONSTITUTIONAL RIGHTS AGAINST COMPLAINANT
THESE CONJOINED ASPECTS ARE CONSPIRING
TO SHEILD THEIR WILLFULL AND DILIBERATE
POLICE MISCONDUCT.

     I DECLARE UNDER PENALTY OF PERJURY
THE AFOREMENTIONED IS TRUE & CORRECT.


10/12/09                    RESPECTFULLY
                            /s/
                            STEVEN RODRIGUEZ
                            999 W. MATHEWS Rd
                            FRENCH CAMP CA.
                                      95231
C.C.FILE: RODRIGUEZ

EXHIBIT A

# CLAIM FOR DAMAGES
## CITY OF STOCKTON

RECEIVE
JUN 29 2009
CITY CLERK

**Note:** Claims for bodily injury or death, damage to personal property, or damage to growing crops may be filed on City of Stockton form F1366 not later than six months after the occurrence out of which the claims arose. All other claims must be filed on this form not later than one year after the occurrence out of which the claims arose. (Refer to California Government Code sections 910.4 and 911.2)

**DIRECTION:** *The original claim must be filed with the City of Stockton City Clerk's Office, 425 North El Dorado Street, Stockton, California 95202. Retain the yellow copy for your records.*

NAME OF CLAIMANT: Mr. / Ms. RODRIGUEZ STEVEN Refugio
     (Last)   (First)  (Middle)   Date of Birth 2/26/1969

HOME ADDRESS/PHONE: 556 E CHURCHILL ST    209-922-9975
   (Number/Street)  (City/State/Zip Code)  (Phone Number)

BUSINESS ADDRESS/ PHONE: ___
   (Number/Street)  (City/State/Zip Code)  (Phone Number)

**DIRECTION:** *Indicate to which address you wish notice sent* ☒ HOME    ☐ BUSINESS

WHEN DID INJURY OR DAMAGE OCCUR? 12/12/01 /REVERSED (1-20-09) 11:55 A.M./P.M.
   (Month/Day/Year)  (Day of Week)  (Time of Day)

WHERE DID INJURY OR DAMAGE OCCUR? INN CAL MOTEl 3473 W. HAMMER ln.
(Street address, intersecting streets, or other location)

HOW DID INJURY OR DAMAGE OCCUR?
(Describe accident or occurrence in complete detail) I WAS ARRESTED BY VIOLENT FBI TASK FORCE. S.P.D OFFICER Rich RiDENOUR #1007 FAlSIFIED HIS RePORt & LIED IN JURY TRIAL. COURT CAse# SF084916A

NAME OF CITY EMPLOYEE(S) INVOLVED? Rich RiDENOUR STEN Police deP.t #1007

WHAT ACTION OR INACTION OF CITY EMPLOYEE(S) CAUSED YOUR INJURY OR DAMAGES? Illegal REPORt WRiting / PERJURY

WHAT INJURIES OR DAMAGES DID YOU SUFFER? MENTAl ANguiSH & 8YRS OF PRiSON SENTENCE (7 YRS 6MTHS)

TOTAL AMOUNT CLAIMED: ☐ Unlimited case—over $25,000.00   ☒ Limited case—$25,000.00 or less

if under $10,000.00, please specify amount $___

**DIRECTION:** *Sign and date this Claim For Damages below. If the signer is not the claimant, indicate the relationship of the signer to the claimant.*

FiRST COMPAiNT (5-23-02)

(Signature)    06/25/09    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
   (Month/Day/Year)  (Social Security Number—optional)

(Relationship of signer, if not claimant)

**DIRECTION:** *You may attach and include with this completed form any bills for medical treatment and expenses, and any estimates or bills for personal property damage. Questions may be referred to (209) 937-8333.*

NOTE: <u>PRESENTATION OF A FALSE CLAIM IS A FELONY</u>. (Refer to California Penal Code section 72)    F1366—4/03

Case 2:10-cv-00304-GEB-EFB Document 1 Filed 01/26/2010 Page 69 of 72
Case 2:10-cv-00304-GEB-EFB Document 1 Filed 01/26/2010 Page 69 of 72
P.C. 852.5

1-14-02

I WAS ARRESTED BY TASK FORCE

ON 12.12.01 OFFICER RICH RIDENOUR #1007 OF THE STOCKTON POLICE DEPARTMENT, ASSIGNED TO THE F.B.I VIOLENT CRIMES TASK FORCE. ON 5.23.02 I FILED A COMPLAINT WITH THE CITY CLERK'S OFFICE REGARDING THE SAME ISSUE.

FINALLY, GOT THE CORRECT PLACE TO FILE A COMPLAINT.

SAID OFFICER LIED IN THE COURT OF LAW REGARDING HIS POLICE REPORT WHICH RESULTED IN A CLEAR FACE VALUE, OFFICER RIDENOUR FALSIFIED HIS REPORT, VIOLATED MIRANDA RIGHTS AND WAS MOTIVATED WITH EVIL INTENT TO SEND MR RODRIGUEZ BACK TO PRISON FOR A LENGTH SENTENCE, REPORT NO. 01.65442 ITS THE ONLY REASON I WAS FOUND GUILTY IN THE COURT OF LAW. I NEVER MADE ALL THOSE STATEMENT'S TO OFFICER RIDENOUR CONCERNING THIS. ALLEDGED STOLEN VEHICLE WHICH STRONGLY ADMINISTERS POLICE ENTRAPMENT I WAS ALLEDGEDLY WANTED FOR A D.J. CASE D.R.# 01.641 WHERE A GUN SHOT WAS ALLEDGEDLY SHOT. NO SORT OF QUESTIONING UNDER ANY MIRANDA TOWARD THAT CASE. I WAS NEVER MIRANDIZED BY SAID OFFICER (POINT BLANK) NOR MADE THESE STATEMENTS UNDER MIRANDA WARNINGS.

FIANCEE CAME IN FOR THIS COMPLAINT OUT. TO CITY CLERKS OFFICE, DON'T KNOW THE TIME LIMITATIONS.

RESPECTFULLY SUBMITTED

STEVEN R. RODRIGUEZ JR

STEVEN R. RODRIGUEZ JR

P.O. BOX 600 / L.1.135

TRACY, CA. 95378-0600

C.C. FILE

EXHIBIT K

Case 2:10-cv-00204-KJM -   Document 1   Filed 01/26/2010   Page 71 of 72

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUMMER OF 2002    Stockton

## Stockton PD passes the test

Throughout the months of July and August, a small group of Stockton citizens — members of the National Association of Colored People branch — have been daily monitoring police activities in Lincoln, McKinley and Sierra Vista parks because of the many verbal complaints of individuals being harassed, unjustly arrested and having their civil rights violated by law enforcement and parole agencies.

Each member carried no more than a video camera or their personal photo camera along with a stack of NAACP complaint forms. Their job was only to monitor. The purpose is to advise individuals who feel that they are targets of police harassment and to see if there is racial profiling by law enforcement.

Of 263 individuals questioned after police contact, not one complaint form was turned in to any volunteer member, although it might be a question of fear of police retaliation. That question is yet to be addressed.

Those of us who are monitoring police actions in our city parks wish to thank Stockton Police Chief Ed Chavez, the proud recipient of the 2002 NAACP Benjamin L. Hooks Award, who from the beginning was very much aware of our project. For those who once had a criminal lifestyle, we have a volunteer role you can play too.

**Larry Baker**
NAACP Prison & Jail Project
Stockton

| Office Use Only | **INMATE GRIEVANCE FORM** | DATE 2011 120 2010 |
| --- | --- | --- |
| Entered: _____ | SAN JOAQUIN COUNTY JAIL | TIME 1442 |
| No.: _____ | | UNIT I-2   CELL 03 |
| | | OFC. SHAH   EMP.# 289 |

If, while in the San Joaquin County Jail, you have a complaint regarding your **CUSTODY TREATMENT**, **MEDICAL TREATMENT**, or other **RELATED CUSTODY PROBLEMS**, you may complete this form and give it to your Housing Officer. Every attempt will be made to resolve your grievance at the first level; however, if you are dissatisfied with the resolution you may appeal to the next level by filling out another grievance form and directing it to that level.

Grievances may be filed in all matters EXCEPT the following:
1. Decisions handed down by the courts.
2. Inmate disciplinary actions. (Specific appeal procedures apply here.)

**BRIEFLY STATE YOUR GRIEVANCE:** I, STEVEN R. RODRIGUEZ        09-22515
have the following grievance.        (Inmate's Name)                                        (Booking No.)

L. LIBRARY DOES NOT WANT TO COPY MY CIVIL RIGHTS 4 SUIT.

WHICH DENIES MY RIGHT TO ACCESS TO COURTS. EVERY PRISONER

HAS A CONSTITUTIONAL RIGHT TO ACCESS TO THE COURTS

SEE WOLF V. McDONELL (1974) 418 U.S. 539 "RULE BOOK P. 22. V. PROGRAMS"

**RESOLUTION:**
Level 1 - Housing Unit Officer: SHAH #289                                    Date 01/16/2010

☒ Unable to resolve at my level (State reason).
Unable to Forwarded to Law Library.

Level 2 - Area Supervisor: M. Ugo                                            Date 1/21/10

☐ Unable to resolve at my level (State reason).
The Law Library is not denying inmate access to the
Courts. He is free to correspond with the courts, however,
we are denying his request to copy his legal mail for him.
Level 3 - Facility Manager: He may either hand copy this mail   Date _____
☐ Unable to resolve at my level (State reason). or he may have someone from the outside copy
his documents for him.

Level 4 - Custody Captain: _____                                          Date _____

DISTRIBUTION: WHITE - Administration BLUE - Dispo Copy CANARY - Inmate Temporary Copy