IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN R. RODRIGUEZ,

    Plaintiff,                            No. CIV S-10-0204 GEB EFB (TEMP) P

    vs.

CITY OF STOCKTON, et al.,

    Defendants.                  ORDER

_____/

    Plaintiff has requested an extension of time to file an opposition to defendants' February 22, 2011, motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time (Docket No. 39) is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to the motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: March 15, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE